IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2005 JUN -9  A 9: 44

DEBRA P. HACKETT, CLK.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

DAVID LEE POWELL )
Full name and prison number )
of plaintiff(s) )
)
)
v. )
)
COOSA County JAIL )
COOSA County Sheriffs )
RICKY OWENS )
WENdy ROBERTERSON )
AL BRADIEY )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

CIVIL ACTION NO. 2:05CV544-T
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court
       dealing with the same or similar facts involved in this
       action?  YES (  )  NO (X)

   B.  Have you begun other lawsuits in state or federal court
       relating to your imprisonment?  YES (  )  NO (X)

   C.  If your answer to A or B is yes, describe each lawsuit
       in the space below.  (If there is more than one lawsuit,
       describe the additional lawsuits on another piece of
       paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff(s) _____

           _____

           Defendant(s) _____

           _____

       2.  Court (if federal court, name the district; if
           state court, name the county) _____

           _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT *COOSA County SHERIFF'S DEPARTMENT, COUNTY JAIL*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *COOSA COUNTY JAIL*

III. NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|------|---------|
| 1. *RICKY OWENS* | *P.O. BOX 279 ROCKFord, AL. 35136* |
| 2. *WENdy ROBERTERSON* | *(Same)* |
| 3. *AL BRANDLEY* | *(Same)* |
| 4. *MRS. KAY* | *(Same)* |
| 5. *HARRIS* | *(Same)* |
| 6. *STEVE HAY* | *(Same)* |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ~~Feb 4/04~~

*SEPT 20/04 Thur FEB 4/05*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *REFUSAL TO give MEDICAL CARE DENTIST, I have TOOTHACE, NEED REMOVE*

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place and manner and person involved.)**

TeeThs, WENT To Doctor AMY BENNETT She gave ME ANTiBobic Medications Told CO. TODD BELVIN MAKE SURE AFTER TAKEN it go The DENTists. WAS NEVER TAKEN.

**GROUND TWO:** Other InmATes WENT To The DENTist. Ricky CRAWFORD iN mid DEC. WENT to DENTist

**SUPPORTING FACTS:** HE CAME iN oN DEC 9/04. I CAME iN SEPT 10/04 DR. AMY BENNETT TREAT ME iN DEC. Around About DEC 16/04

**GROUND THREE:** I HAVE BEEN CHARGE WiTH POSS. MARiJUANA 1ST BECAUSE I WROTE YOUR OFFICE For This form. /

**SUPPORTING FACTS:** I have CHRONICLE PAiN, This is why I SOMKE MARiJUANA. Also I,m on ZOLOFT iN OTHER MEDICATIONS. That I don't have today. They OPEN My legal mail without ME BEEN PRESENCE.

ON OCT 13/2002 MY CAR WAS ShooT iN Why Ride. I CALL COOSA County SHERiFF DEPARTMENT. They NEVER CAME OuT To INVESTigATED The SEEN OR QUESTiON. NO ONE.

Daniel Powell

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
       MAKE NO LEGAL ARGUMENT.    CITE NO CASES OR STATUTES.

*Remove These Bai's people from public position,
and Monetary Damage to the fully.*
*$80,000.00*

_Daniel L. Powell_
**Signature of plaintiff(s)**

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on _May 18/2005_ .
(Date)

_Daniel L. Powell_
**Signature of plaintiff(s)**

4

```
ACR467                        ALABAMA JUDICIAL DATA CENTER
                                      COOSA COUNTY
   JUDG: CARLTON L. TEEL           DOCKET DATE NOTICE        CASE: DC 2005 000328.00
```

DEFENDANT, ATTORNEY(S), AND ALL WITNESSES MUST APPEAR BEFORE THIS COURT
FOR  PREL HEARING        AT THE TIME AND PLACE STATED BELOW.

DEFENDANT: POWELL DAVID LEE          DATE:  05/18/2005
ATTORNEY:                            TIME:  09:00  AM
                                     CHARGE: POSS MARIJUANA 1ST

                                     PLACE: COURTROOM
                                            COOSA CO COURTHOUSE

        POWELL DAVID LEE
        RT 1 BOX 87
        ROCKFORD        AL 35136 0000

NOTES:

  DATE ISSUED: 05/13/2005           JEFF WOOD              , CLERK

OPERATOR: ANS
PREPARED: 05/13/2005

Sporadic Doctor vist.

NONEXistent Dentist.


I was put in Lockdown Area call
The Hole, 5/16/05 At 12:05 pm For profanity
Al Bradley Told me that if I keep try
to Sue Them I will Be Move to Clay
Co. Jail. That it was gone to get
Hard For me. And Regardless
what money I got The Sue It wasn't
going to Take Nothing out of his
Pocket. He going to get paid But
I will pay.
    He Said That I Refuse to go to
The Doctor and Dentist. But ~~~~ When
They come to get you, You don't know
where you are going or when. They
call your name and Tell you get
your Orange Shirt.

OFFICER          JAILER.

(Lipton)          ▬▬▬ MAY 24/05 7:22 AM
Toothace ask for Ibuprofen . got it AT 7:30AM

My is DAVID LEE POWELL I WAS IN
CARCERATION ON MAY 5/05 IN THE PROBATION
OFFICE IN Clay Co. AROUND 2:30PM
A JAILER that WORK gave me A URINE TEST,
I did have URINE IN A BOTTLE, IN MY UNDER
WEAR. ON MAY 5/05 About 5:00PM
COOSA CO. SHERIFFS DEPARTMENT pick me
UP INCARCERATION IN the COOSA CO. JAIL
They Said I violate MY PROBATION with dirt
URINE. WHEN ASK why THEY LOCK me up. The FIRST
Test I passed.
ON MAY 13/05 ABout 1:00PM C.O. BRADLY
ASK me WHY Come I WANT to SUE THEM mean
COOSA COUNTY Sheriff DEPARTMENT
I Told Him They REFUSE me MEDICAL
CARE. ABout 5:00PM MAY 13/05 The CLERK
OFFICE SENT A PAPER, CHARGE me:
                    POSS MARIJUANA 1ST
DATE ISSUED: 5/13/05    COURT DATE
PREPARED: 5/13/05        5/18/2005
    (5 days laters)      Time: 9:00 AM

MIRANDA Right WAS NEVER READ TO ME,
ON THIS POSS MARIJUANA 1ST . 5/13/05

MRS. KAY

5/16/05

I ASK FOR PAIN MEDCINE AT 5:00PM They Brought AT 10:10PM For the ThooTACE + neck .

David Powell

P.S ( 11:30 THIS MEDICINE MRS. KAY gave me wpSETTing my Stomach She CLAIM it WAS TylNoel But it SomeEise . I ASK FOR IBU pROFEN ) She KEPT packAGE THAT it CAME iN. But the WASNNT IBUPro FEN )