IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| DAVID LEE POWELL | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-544-T |
| COOSA COUNTY JAIL, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 7) is GRANTED;

2. Defendants are GRANTED an extension from July 25, 2005 to August 15, 2005 to file their answer and written report.

Done this 15th day of July, 2005.

                                                        **/s/ Delores R. Boyd**
                                                        DELORES R. BOYD
                                                        UNITED STATES MAGISTRATE JUDGE