7/18/05

To CLERK OFFICE.

Civil Action No. 2:05-CV-544-T

I change Address this my New one

DAVID POWELL
24477 M-Dorn RD. 208
P.O. BOX 150
MT. MEIG'S AL. 36057

David L. Powell

RECEIVED 2005 JUL 21 A 8:44

DAVID POWELL
AIS# 244477 Dm Bd # 308
P.O. BOX 150
MT. MEIGS, AL 36057

2:05cv544

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL. 36101-0711

