**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **DAVID LEE POWELL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No.  2:05-cv-00544-MHT-DRB |
| | ) |
| **RICKY OWENS, et al.,** | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' ANSWER

COME NOW Coosa County Sheriff Ricky Owens, Wendy Roberson, Al Bradley, Kay Taylor, Dewayne Harris, and Steve Hay, Defendants in the above-styled cause, and answer the Plaintiff's Complaint as follows:

### Answer

The Defendants in this action deny each and every allegation made by the Plaintiff, David Lee Powell, and demand strict proof thereof.  The Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

### Affirmative Defenses

1. The Plaintiff's Complaint, separately and severally, fails to state a claim upon which relief may be granted.

2. The Defendants in this action, in their individual capacities, are entitled to qualified immunity from the Plaintiff's claims.

3. The Defendants in this matter, in their official capacities, are not liable under § 1983 because they are not "persons" under 42 U.S.C.A. § 1983.

4. The Plaintiff's claims are barred by the absence of physical injury as required by the Prison Litigation Reform Act.

5. Defendants plead Eleventh Amendment immunity.

6. Defendants plead the <u>Heck v. Humphrey</u> defense.

7. Failure to read Plaintiff the <u>Miranda</u> warning cannot support a claim for a violation of Plaintiff's constitutional rights.

8. Plaintiff has not alleged that he was interrogated as would give rise to the need for <u>Miranda</u> warnings.

9. Plaintiff fails to allege any affirmative causal link between the alleged acts of Defendants and any alleged constitutional deprivation or Defendants' direct participation in any alleged constitutional violation.

10. Defendants are not liable based upon *respondeat superior* theories of liability.

11. Defendants were not deliberately indifferent in any respect.

12. The Plaintiff cannot prove a violation of his rights under the United States Constitution.

Respectfully submitted this the 15th day of August, 2005.

                **s/Amanda Allred**
                KELLY GALLOPS DAVIDSON. Bar Number: No. DAV123
                AMANDA ALLRED Bar No. ALL079
                Attorneys for Defendants
                WEBB & ELEY, P.C.
                7475 Halcyon Pointe Drive
                P.O. Box 240909
                Montgomery, Alabama  36124
                Telephone:  (334) 262-1850
                Fax:  (334) 262-1889
                E-mail:  aallred@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 15th day of August, 2005, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

> David Lee Powell
> ASI # 241477
> Kilby Correctional Facility
> P.O. Box 150
> Mt. Meigs, AL  36057

                                        **s/Amanda Allred**
                                        OF COUNSEL