# EXHIBIT A
# Alacourt SJIS Reports
# CC04-141 & CC04-142



*alacourt.com's*

*Alabama SJIS CC/DC Case Detail*

| Settings | Disposition | Sentence | Case Action Summary | Witness List | Financial | Enforcem |
|---|---|---|---|---|---|---|

**Case**

| County | 22 COOSA | Case Number | CC 2004 000141 00 | JID | JER | DEF Status | B BOND ESTS: N |
|---|---|---|---|---|---|---|---|
| Name | POWELL DAVID LEE | | | Alias | | | |
| Address 1 | RT 1 BOX 87 | | | Alias | | | |
| Address 2 | | | | SID | AL 000000000 | YDate | |
| Zip | 35136 0000 ROCKFORD AL US | | | AS | | PR | 0000 000000 00 |
| DLNO | AL I121381 | DOB | 01071957 | SSN | | Race/Sex | B/M |
| Height | 5 10 | Weight | 160 | Eyes | BRO | Hair | BLK |
| Filed | 10252004 | AAGCY | C | Muni# | 00 | City | |
| Arrest | 09102004 | OffDT | 09102004 | ORI | 0220000 | OFFC | VINSON |
| Indict | 10252004 | Grand Jury | GJ20040143 | Atty 1 | REE045 R | Tkt# | |
| Bond | 0002500000 | Type | | Bond Co | | REL | 00000000 |
| Sure | | CWIT | | JDMD | | APPL | |
| Tracking No's | GJ 2004 000143 00 / DC 2004 000455 00 / 0000 000000 00 | | | | | | |
| Date | 1 04282005 | Que | 002 | Time | 0900 A | Desc | SENT |
| Charge 1 | UPCS | POSS CONTR. SUBS. | | 13A-012-212(A)(1) | F DR | Counts | 001 |
| Charge 2 | | | | | | Counts | |
| Charge 3 | | | | | | Counts | |
| More | N | Dom Viol | N | Case Type | F | Case Cat | DR |
| Comment | | | | | | | |

**Settings**

| Date 1 | 04282005 | Que | 002 | Time | 0900 A | Desc | SENT SENTENCING DKT/HE |
|---|---|---|---|---|---|---|---|
| Date 2 | 12022004 | Que | 001 | Time | 0900 A | Desc | ARRG ARRAIGNMENT |
| Date 3 | | Que | 000 | Time | 0000 | Desc | |
| Date 4 | | Que | 000 | Time | 0000 | Desc | |
| Prosecutor | THOMPSON FRED W JR | Atty 1 | REED JOE MORGAN | Atty 2 | | | |
| Flag | N | Flag | Y | Flag | | | |
| WARISS | | WARACT | | WARLOC | | | |
| BP ISS | | BP RTN | | | | | |

**Disposition**

| CRT ACT | D DISMISSED | CADATE | 04282005 | Jury | Y | More | N |
|---|---|---|---|---|---|---|---|
| Charge 1 | UPCS POSS CONTR. SUBS. 13A-012-212(A)( F D | | | Counts | 001 | CA | D 04282005 |
| Charge 2 | | | | Counts | | CA | |
| Charge 3 | | | | Counts | | CA | |
| Admin | | Why | | TBNV1 | | TBNV2 | |
| Appeal | | CAPP | T | Type | GJCA | GJCA | |
| Cont Dt | | Why | | Cont# | 00 | DOM VIOL | N |
| Comment | | | | | | | |
| CMP:N | SPRO:N | Due | 0000000000 | Warr:000 | SUBP:000 | Updated | 05162005 |

**Sentence**

| Sent | | Begin | | End | | PRB BEG | |
|---|---|---|---|---|---|---|---|
| IMP CONF | 00 00 000 | SUSP CONF | 00 00 000 | TOTAL CONF | 00 00 000 | JAIL CRED | 00 00 000 |
| LICN SUSP | 00 00 000 | PROBATION | 00 00 000 | PRB REV | 00000000 | | |
| Monetary: | COST | FINE IMP: 00000000 | SUSP: 00000000 | | CVCC | HIS | |
| | WCCS | MCOS 00000000 | JFEE 00000000 | | DRGF 0 | ASU | |
| | WCDA | REMB 00000000 | 3CVC 00000000 | | WARR 000 | USF | |
| | PREL | DRUG 00000000 | RCUP 00000000 | | SUBP 000 | | |
| | RES1 00000000 | RES2 00000000 | | RES3 00000000 | | | |

| | RES4 00000000 | RES5 00000000 | RES6 00000000 | | |
|---|---|---|---|---|---|
| Confine: | PENT | LIFE | LWOP | DEATH | SPLIT | BOOT 000 | EMON 00 |
| | JAIL | CCUR | CSEC | CTERM | RVSPL | GANG 000 | |
| Programs: | JDVR | IPROB | AASCH | DUI | DDC | CSV 0000 | SAPP |
| | PTRL | BCSCH | MNTL | CRO | ASCH | ANGER | DRUGCT |
| Enhanced: | PROJ | CNOT | SCH | VDOB 00000000 | HOOF 000 | |
| | DRUG | CODE: | MEAS: | VOL: 00000000 | | |
| SEC/CUR: | 00 | 000000000000 00 | 00 | 000000000000 00 | 00 | 000000000000 |
| Comment: | | | | | |
| BAL DUE | | DUE | | CRO | | Updated | 05162005 |

*Case Action Summary*

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 11032004 | 1147 | TEXT | NOTICE OF APPEARANCE FILED BY ATTY JASON JACKSON | ANS |
| 11032004 | 1147 | TEXT | MOTION FOR DISCOVERY FILED. | ANS |
| 11192004 | 1128 | JUDG | ASSIGNED TO: (JER) JOHN E. ROCHESTER (AR01) | ANS |
| 11192004 | 1128 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) | ANS |
| 11192004 | 1128 | FILE | FILED ON: 10/25/2004 (AR01) | ANS |
| 11192004 | 1128 | ARRS | DEFENDANT ARRESTED ON: 09/10/2004 (AR01) | ANS |
| 11192004 | 1128 | INDT | DEFENDANT INDICTED ON: 10/25/2004 (AR01) | ANS |
| 11192004 | 1128 | BOND | BOND SET AT: $25000.00 (AR01) | ANS |
| 11192004 | 1128 | DAT1 | SET FOR: ARRAIGNMENT ON 12/02/2004 AT 0900A(AR01) | ANS |
| 11192004 | 1128 | FILE | CHARGE 01: POSS CONTR. SUBS./#CNTS: 001 (AR01) | ANS |
| 11192004 | 1128 | DAT2 | SET FOR: ARRAIGNMENT ON 12/02/2004 AT 0900A(AR10) | ANS |
| 11192004 | 1129 | CASU | CASE ACTION SUMMARY PRINTED (AR08) | ANS |
| 11292004 | 0250 | DOCK | NOTICE SENT: 11/29/2004 POWELL DAVID LEE | ANS |
| 12022004 | 1028 | TEXT | STATE'S MOTION FOR DISCOVERY FILED BY DA'S OFFICE | ANS |
| 12022004 | 1549 | TEXT | PLEA OF NOT GUILTY AND WAIVER OF ARRAIGNMENT FILED | ANS |
| 01052005 | 1549 | ATY1 | ATTORNEY FOR DEFENDANT: REED JOE MORGAN | ANS |
| 01052005 | 1549 | DAT1 | SET FOR: PRETRIAL DOCKET/HE ON 02/03/2005 AT(AR01) | ANS |
| 01112005 | 1004 | TEXT | NOTICE OF INTENT TO OFFER CERTIFICATE OF ANALYSIS | ANS |
| 01112005 | 1004 | TEXT | FILED BY DA'S OFFICE, | ANS |
| 01122005 | 0077 | DOCK | NOTICE SENT: 01/12/2005 POWELL DAVID LEE | ANS |
| 01122005 | 0077 | DOCK | NOTICE SENT: 01/12/2005 REED JOE MORGAN | ANS |
| 02232005 | 1400 | STAT | STATUS CHANGED TO: "B" - BOND (AR01) | ANS |
| 02232005 | 1400 | DAT1 | SET FOR: SENTENCING DKT/HE ON 04/28/2005 AT(AR01) | ANS |
| 04282005 | 1137 | TEXT | IT IS THE ORDER OF THE COURT THAT THIS CASE BE | ANS |
| 04282005 | 1137 | TEXT | DISMISSED PER PLEA AGREEMENT ON CASE CC 2004-139. | ANS |
| 04282005 | 1137 | TEXT | ' | ANS |
| 04282005 | 1137 | TEXT | ' | ANS |
| 04282005 | 1137 | TEXT | _____ | ANS |
| 04282005 | 1137 | TEXT | JUDGE JOHN ROCHESTER | ANS |
| 05162005 | 1136 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: JER | ANS |
| 05162005 | 1136 | DISP | CHARGE 01: POSS CONTR. SUBS./#CNTS: 001 (AR10) | ANS |
| 05162005 | 1136 | DISP | CHARGE 01 DISPOSED BY: DISMISSED ON: 04/28/2005 | ANS |
| 05162005 | 1136 | D001 | ENFORCEMENT STATUS SET TO: "N" (AR10) | ANS |



*alacourt.com's*

*Alabama SJIS CC/DC Case Detail*

| Settings | Disposition | Sentence | Case Action Summary | Witness List | Financial | Enforcem |

**Case**

| County | 22 COOSA | Case Number | CC 2004 000142 00 | JID | JER | DEF Status | B BOND ESTS: N |
| Name | POWELL DAVID LEE | | | Alias | | | |
| Address 1 | RT 1 BOX 87 | | | Alias | | | |
| Address 2 | | | | SID | AL 000000000 | YDate | |
| Zip | 35136 0000 ROCKFORD AL US | | | AS | | PR | 0000 000000 00 |
| DLNO | AL I121381 | DOB | 01071957 | SSN | | Race/Sex | B/M |
| Height | 5 10 | Weight | 160 | Eyes | BRO | Hair | BLK |
| Filed | 10252004 | AAGCY | C | Muni# | 00 | City | |
| Arrest | 09102004 | OffDT | 09102004 | ORI | 0220000 | OFFC | VINSON |
| Indict | 10252004 | Grand Jury | GJ20040144 | Atty 1 | REE045 R | Tkt# | |
| Bond | | Type | | Bond Co | | REL | 00000000 |
| Sure | | CWIT | | JDMD | | APPL | |
| Tracking No's | GJ 2004 000144 00 / DC 2004 000456 00 / 0000 000000 00 | | | | | | |
| Date | 1 04282005 | Que | 002 | Time | 0900 A | Desc | SENT |
| Charge 1 | VAPM | POSS MARIJUANA 2ND | | 13A-012-214 M DR | | Counts | 001 |
| Charge 2 | | | | | | Counts | |
| Charge 3 | | | | | | Counts | |
| More | N | Dom Viol | N | Case Type | M | Case Cat | DR |
| Comment | | | | | | | |

**Settings**

| Date 1 | 04282005 | Que | 002 | Time | 0900 A | Desc | SENT SENTENCING DKT/HE |
| Date 2 | 12022004 | Que | 001 | Time | 0900 A | Desc | ARRG ARRAIGNMENT |
| Date 3 | | Que | 000 | Time | 0000 | Desc | |
| Date 4 | | Que | 000 | Time | 0000 | Desc | |
| Prosecutor | THOMPSON FRED W JR | Atty 1 | REED JOE MORGAN | Atty 2 | | | |
| Flag | N | Flag | Y | Flag | | | |
| WARISS | | WARACT | | WARLOC | | | |
| BP ISS | | BP RTN | | | | | |

**Disposition**

| CRT ACT | D DISMISSED | CADATE | 04282005 | Jury | Y | More | N |
| Charge 1 | VAPM POSS MARIJUANA 2ND 13A-012-214 M D | | | Counts | 001 | CA | D 04282005 |
| Charge 2 | | | | Counts | | CA | |
| Charge 3 | | | | Counts | | CA | |
| Admin | | Why | | TBNV1 | | TBNV2 | |
| Appeal | | CAPP | T | Type | GJCA | GJCA | |
| Cont Dt | | Why | | Cont# | 00 | DOM VIOL | N |
| Comment | | | | | | | |
| CMP:N | SPRO:N | Due | 0000000000 | Warr:000 | SUBP:000 | Updated | 05162005 |

**Sentence**

| Sent | | Begin | | End | | PRB BEG | |
| IMP CONF | 00 00 000 | SUSP CONF | 00 00 000 | TOTAL CONF | 00 00 000 | JAIL CRED | 00 00 000 |
| LICN SUSP | 00 00 000 | PROBATION | 00 00 000 | PRB REV | 00000000 | | |
| Monetary: | COST | FINE IMP: 00000000 | SUSP: 00000000 | | CVCC | HIS | |
| | WCCS | MCOS 00000000 | JFEE 00000000 | | DRGF 0 | ASU | |
| | WCDA | REMB 00000000 | 3CVC 00000000 | | WARR 000 | USF | |
| | PREL | DRUG 00000000 | RCUP 00000000 | | SUBP 000 | | |
| | RES1 00000000 | RES2 00000000 | | RES3 00000000 | | | |
| | RES4 00000000 | RES5 00000000 | | RES6 00000000 | | | |

| Confine: | PENT | LIFE | LWOP | DEATH | SPLIT | BOOT 000 | EMON 00 |
|---|---|---|---|---|---|---|---|
| | JAIL | CCUR | CSEC | CTERM | RVSPL | GANG 000 | |
| Programs: | JDVR | IPROB | AASCH | DUI | DDC | CSV 0000 | SAPP |
| | PTRL | BCSCH | MNTL | CRO | ASCH | ANGER | DRUGCT |
| Enhanced: | PROJ | CNOT | SCH | VDOB 00000000 | | HOOF 000 | |
| | DRUG CODE: | | | MEAS: | VOL: 00000000 | | |
| SEC/CUR: | 00 | 000000000000 00 | 00 | 000000000000 | 00 | 000000000000 | |
| Comment: | | | | | | | |
| BAL DUE | | DUE | | CRO | | Updated | 05162005 |

*Case Action Summary*

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 11032004 | 1148 | TEXT | NOTICE OF APPEARANCE FILED BY ATTY JASON JACKSON. | ANS |
| 11032004 | 1148 | TEXT | MOTION FOR DISCOVERY FILED. | ANS |
| 11192004 | 1131 | JUDG | ASSIGNED TO: (JER) JOHN E. ROCHESTER (AR01) | ANS |
| 11192004 | 1131 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) | ANS |
| 11192004 | 1131 | FILE | FILED ON: 10/25/2004 (AR01) | ANS |
| 11192004 | 1131 | FILE | CHARGE 01: POSS MARIJUANA 2ND/#CNTS: 001 (AR01) | ANS |
| 11192004 | 1131 | INDT | DEFENDANT INDICTED ON: 10/25/2004 (AR01) | ANS |
| 11192004 | 1131 | DAT1 | SET FOR: ARRAIGNMENT ON 12/02/2004 AT 0900A(AR01) | ANS |
| 11192004 | 1131 | ARRS | DEFENDANT ARRESTED ON: 09/10/2004 (AR01) | ANS |
| 11192004 | 1132 | DAT2 | SET FOR: ARRAIGNMENT ON 12/02/2004 AT 0900A(AR10) | ANS |
| 11192004 | 1132 | CASU | CASE ACTION SUMMARY PRINTED (AR08) | ANS |
| 11292004 | 0250 | DOCK | NOTICE SENT: 11/29/2004 POWELL DAVID LEE | ANS |
| 12022004 | 1029 | TEXT | STATE'S MOTION FOR DISCOVERY FILED BY DA'S OFFICE | ANS |
| 12022004 | 1549 | TEXT | PLEA OF NOT GUILTY AND WAIVER OF ARRAIGNMENT FILED | ANS |
| 01052005 | 1549 | ATY1 | ATTORNEY FOR DEFENDANT: REED JOE MORGAN (AR01) | ANS |
| 01052005 | 1549 | DAT1 | SET FOR: PRETRIAL DOCKET/HE ON 02/03/2005 AT(AR01) | ANS |
| 01112005 | 1004 | TEXT | NOTICE OF INTENT TO OFFER CERTIFICATE OF ANALYSIS | ANS |
| 01112005 | 1004 | TEXT | FILED BY DA'S OFFICE. | ANS |
| 01122005 | 0077 | DOCK | NOTICE SENT: 01/12/2005 POWELL DAVID LEE | ANS |
| 01122005 | 0077 | DOCK | NOTICE SENT: 01/12/2005 REED JOE MORGAN | ANS |
| 02232005 | 1401 | STAT | STATUS CHANGED TO: "B" - BOND (AR01) | ANS |
| 02232005 | 1401 | DAT1 | SET FOR: SENTENCING DKT/HE ON 04/28/2005 AT(AR01) | ANS |
| 04282005 | 1138 | TEXT | IT IS THE ORDER OF THE COURT THAT THIS CASE BE | ANS |
| 04282005 | 1138 | TEXT | DISMISSED PER PLEA AGREEMENT ON CASE CC 2005-139. | ANS |
| 04282005 | 1138 | TEXT | ' | ANS |
| 04282005 | 1138 | TEXT | ' | ANS |
| 04282005 | 1138 | TEXT | _____ | ANS |
| 04282005 | 1138 | TEXT | JUDGE JOHN ROCHESTER | ANS |
| 05162005 | 1137 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: JER | ANS |
| 05162005 | 1137 | DISP | CHARGE 01: POSS MARIJUANA 2ND/#CNTS: 001 (AR10) | ANS |
| 05162005 | 1137 | DISP | CHARGE 01 DISPOSED BY: DISMISSED ON: 04/28/2005 | ANS |
| 05162005 | 1137 | D001 | ENFORCEMENT STATUS SET TO: "N" (AR10) | ANS |

# EXHIBIT B
## Inmate File, Medical Screening Form
## dated September 10, 2004

```
                        COOSA COUNTY SHERIFF'S OFFICE
09/10/2004      18:21:31     MEDICAL SCREENING FORM              PAGE 1
================================================================================
Booking No: 040000480  Date: 09/10/2004  Time: 18:04  Type: NORMAL
Agency to Bill: COOSA COUNTY           Facility: COUNTY JAIL

Inmate Name: POWELL DAVID LEE                    Race: B        Sex: M
     DOB: 01/07/1957 Age:  47  SSN:              Height: 6'00"  Weight: 150
```
--------------------------------------------------------------------------------

1. Is inmate unconscious?

2. Does inmate have any visible signs of trauma, illness, obvious pain
   and bleeding, requiring immediate emergency or doctor's care?

3. Is there obvious fever, swollen lymph nodes, jaundice or other
   evidence of infection that might spread through the facility?

4. Any signs of poor skin condition, vermin, rashes or needle marks?

5. Does inmate appear to be under the influence of drugs or alcohol?

6. Any visible signs of alcohol or drug withdrawal?

7. Does inmate's behavior suggest the risk of suicide or assault?

8. Is inmate carrying any medication?

9. Does the inmate have any physical deformities?

10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family
    ever had any of the following?

| | | |
|---|---|---|
| a. Allergies | f. Fainting Spells | k. Seizures |
| b. Arthritis | g. Hearing Condition | l. Tuberculosis |
| c. Asthma | h. Hepatitis | m. Ulcers |
| d. Diabetes | i. High Blood Pressure | n. Venereal Disease |
| e. Epilepsy | j. Psychiatric Disorder | o. Other (Specify) |

Other: _____

_____

_____

12. For females only:

    _____ a. Are you pregnant?

    _____ b. Do you take birth control pills?

    _____ c. Have you recently delivered?

```
                        COOSA COUNTY SHERIFF'S OFFICE
09/10/2004    18:21:31    MEDICAL SCREENING FORM              PAGE 2
==================================================================================
Booking No: 040000480  Date: 09/10/2004  Time: 18:04  Type: NORMAL
Agency to Bill: COOSA COUNTY              Facility: COUNTY JAIL

Inmate Name: POWELL DAVID LEE                    Race: B         Sex: M
      DOB: 01/07/1957 Age:  47  SSN:            Height: 6'00"  Weight: 150
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

_N_  13.  Have you recently been hospitalized or treated by a doctor?

_Y_  14.  Do you currently take any non-prescription medication or medication
          prescribed by a doctor?

_N_  15.  Are you allergic to any medication?

_Y_  16.  Do you have any handicaps or conditions that limit activity?

_N_  17.  Have you ever attempted suicide or are you thinking about it now?

_Y_  18.  Do you regularly use (alcohol) or street drugs?

_N_  19.  Do you have any problems when you stop drinking or using drugs?

_N_  20.  Do you have a special diet prescribed by a physician?

_Y_  21.  Do you have any problems or pain with your teeth?

_Y_  22.  Do you have any other medical problems we should know about?

      _Back problems, Knee problems, ~~Bad~~ Bad teeth, nerve problems_
      _Taking meds for nerves but they are not with the subject_

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: _[signature]_          DATE: _9-10-04_    TIME: _1821_

BOOK OFFICER: _[signature]_    DATE: _9-10-04_    TIME: _1821_

```
                              COOSA COUNTY SHERIFF'S OFFICE
09/10/2004      18:21:31      MEDICAL SCREENING FORM                    PAGE 3
================================================================================
Booking No: 040000480  Date: 09/10/2004  Time: 18:04  Type: NORMAL
Agency to Bill: COOSA COUNTY              Facility: COUNTY JAIL

Inmate Name: POWELL DAVID LEE                        Race: B        Sex: M
     DOB: 01/07/1957 Age:  47  SSN:            .  Height: 6'00"  Weight: 150
--------------------------------------------------------------------------------
```

### BEDDING/HYGIENE ISSUE FORM

1) _____  *Received tumbler*  *($ 2.00 value)*

2) _____  *Received pillow*  *($15.00 value)*

3) _____  *Received mattress*  *($30.00 value)*

4) _____  *Received blanket*  *($15.00 value)*

5) _____  *Received Inmate Handbook ($5.00 value)*

6) _____  *Received personal hygiene items*

*Inmates will be charged the value of each item not received back in good condition at the time they are booked out of the Coosa County Jail.*

**NOTICE TO INMATES**

*The Coosa County Jail will charge a co-pay for any and all medical services received through the Coosa County Jail.*

**The co-pays are:**  **$10.00 - Doctor visit**  **(each)**
                      **$ 3.00 - Prescription**  **(each)**
                      **$ 7.00 - Dentist Visit**  **(each extraction only)**

I HAVE READ AND UNDERSTAND THE ABOVE NOTICES REGARDING CHARGES FOR DAMAGED PROPERTY AND MEDICAL SERVICES THAT I MAY INCCURE AT THE COOSA COUNTY JAIL.

INMATE: _David Powell_____  DATE: _9-10-04___  TIME: _1821__

BOOK OFFICER: _____  DATE: _9-10-04___  TIME: _1821__

# EXHIBIT C
# Medical Screening Form
# dated May 5, 2005

```
                          COOSA COUNTY SHERIFF'S OFFICE
05/05/2005     18:30:42   MEDICAL SCREENING FORM                      PAGE 1
==============================================================================
Booking No: 050000234  Date: 05/05/2005  Time: 18:18  Type: NORMAL
Agency to Bill: COOSA COUNTY              Facility: COUNTY JAIL

Inmate Name: POWELL DAVID LEE                         Race: B        Sex: M
        DOB: 01/07/1957 Age:  48  SSN:            Height: 6'00"  Weight: 195
--------------------------------------------------------------------------------
```

_____ 1.  Is inmate unconscious?

_____ 2.  Does inmate have any visible signs of trauma, illness, obvious pain
          and bleeding, requiring immediate emergency or doctor's care?

_____ 3.  Is there obvious fever, swollen lymph nodes, jaundice or other
          evidence of infection that might spread through the facility?

_____ 4.  Any signs of poor skin condition, vermin, rashes or needle marks?

_____ 5.  Does inmate appear to be under the influence of drugs or alcohol?

_____ 6.  Any visible signs of alcohol or drug withdrawal?

_____ 7.  Does inmate's behavior suggest the risk of suicide or assault?

_____ 8.  Is inmate carrying any medication?

_____ 9.  Does the inmate have any physical deformities?

_____ 10. Does inmate appear to have psychiatric problems?

      11. Do you have or have you ever had or has anyone in your family
          ever had any of the following?

      ___ a. Allergies       ___ f. Fainting Spells      ___ k. Seizures

      ___ b. Arthritis       ___ g. Hearing Condition    ___ l. Tuberculosis

      ___ c. Asthma          ___ h. Hepatitis            ___ m. Ulcers

      ___ d. Diabetes        ___ i. High Blood Pressure  ___ n. Venereal Disease

      ___ e. Epilepsy        ___ j. Psychiatric Disorder ___ o. Other (Specify)

Other: _____

       _____

       _____


      12. For females only:

          _____ a. Are you pregnant?

          _____ b. Do you take birth control pills?

          _____ c. Have you recently delivered?

```
                          COOSA COUNTY SHERIFF'S OFFICE
05/05/2005     18:30:42    MEDICAL SCREENING FORM                    PAGE 2
===============================================================================
Booking No: 050000234  Date: 05/05/2005  Time: 18:18   Type: NORMAL
Agency to Bill: COOSA COUNTY              Facility: COUNTY JAIL

Inmate Name: POWELL DAVID LEE                        Race: B       Sex: M
      DOB: 01/07/1957 Age:  48  SSN:              Height: 6'00"  Weight: 195
-------------------------------------------------------------------------------
```

___ 13.  Have you recently been hospitalized or treated by a doctor?

___ 14.  Do you currently take any non-prescription medication or medication
         prescribed by a doctor?

___ 15.  Are you allergic to any medication? *Peanut butter*

___ 16.  Do you have any handicaps or conditions that limit activity?

___ 17.  Have you ever attempted suicide or are you thinking about it now?

___ 18.  Do you regularly use alcohol or (street drugs?)

___ 19.  Do you have any problems when you stop drinking or using drugs?

___ 20.  Do you have a special diet prescribed by a physician?

___ 21.  Do you have any problems or pain with your teeth?

___ 22.  Do you have any other medical problems we should know about?

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: *David Powell*                    DATE: _____    TIME: _____

BOOK OFFICER: _____                 DATE: _____    TIME: _____

```
05/05/2005    18:30:42    COOSA COUNTY SHERIFF'S OFFICE
                          MEDICAL SCREENING FORM                       PAGE 3
=================================================================================
Booking No: 050000234  Date: 05/05/2005   Time: 18:18   Type: NORMAL
Agency to Bill: COOSA COUNTY                 Facility: COUNTY JAIL

Inmate Name: POWELL DAVID LEE
      DOB: 01/07/1957 Age:  48  SSN:              Race: B        Sex: M
                                            Height: 6'00"  Weight: 195
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

### BEDDING/HYGIENE ISSUE FORM

1) _____ Received tumbler  ($ 2.00 value)

2) _____ Received pillow  ($15.00 value)

3) _____ Received mattress ($30.00 value)

4) _____ Received blanket  ($15.00 value)

5) _____ Received Inmate Handbook ($5.00 value)

6) _____ Received personal hygiene items

Inmates will be charged the value of each item not received back in good
condition at the time they are booked out of the Coosa County Jail.

### NOTICE TO INMATES

The Coosa County Jail will charge a co-pay for any and all medical services
received through the Coosa County Jail.

The co-pays are:  $10.00 - Doctor visit  (each)
                  $ 3.00 - Prescription  (each)
                  $ 7.00 - Dentist Visit (each extraction only)

I HAVE READ AND UNDERSTAND THE ABOVE NOTICES REGARDING CHARGES FOR DAMAGED
PROPERTY AND MEDICAL SERVICES THAT I MAY INCCURE AT THE COOSA COUNTY JAIL.

INMATE: _David Powell_____    DATE:_____    TIME:_____

BOOK OFFICER:_____    DATE:_____    TIME:_____

# EXHIBIT D
# Alacourt SJIS Case Detail, CC05-110

On-Line SJIS CC/DC Case Detail: WEBB & ELEY, P.C.                                           Page 1 of 2



*alacourt.com's*

*Alabama SJIS CC/DC Case Detail*

| Settings | Disposition | Sentence | Case Action Summary | Witness List | Financial | Enforcem |

**Case**

| County | 22 COOSA | Case Number | ●CC 2005 000110 00 | JID | JER | DEF Status | J JAIL ESTS: A |
|---|---|---|---|---|---|---|---|
| Name | POWELL DAVID LEE | Alias | | Alias | | | |
| Address 1 | RT 1 BOX 87 | | | Alias | | | |
| Address 2 | | | | SID | AL 000000000 | YDate | |
| Zip | 35136 0000 ROCKFORD AL US | | | AS | | PR | 0000 000000 00 |
| DLNO | AL I121381 | DOB | 01071957 | SSN | | Race/Sex | B/M |
| Height | 5 11 | Weight | 135 | Eyes | BRO | Hair | BLK |
| Filed | 06142005 | AAGCY | C | Muni# | 00 | City | |
| Arrest | 05052005 | OffDT | 04302005 | ORI | 0220000 | OFFC | |
| Indict | | Grand Jury | | Atty 1 | LAW031 A | Tkt# | 050500003 |
| Bond | | Type | | Bond Co | | REL | 00000000 |
| Sure | | CWIT | | JDMD | | APPL | |
| Tracking No's | DC 2005 000328 00 / 0000 000000 00 / 0000 000000 00 | | | | | | |
| Date | 1 06142005 | Que | 001 | Time | 0900 A | Desc | PTRL |
| Charge 1 | VAPF | | POSS MARIJUANA 1ST | 13A-012-213 | F DR | Counts | 001 |
| Charge 2 | | | | | | Counts | |
| Charge 3 | | | | | | Counts | |
| More | N | Dom Viol | N | Case Type | F | Case Cat | DR |
| Comment | | | | | | | |

**Settings**

| Date 1 | 06142005 | Que | 001 | Time | 0900 A | Desc | PTRL PRETRIAL DOCKET/HE |
|---|---|---|---|---|---|---|---|
| Date 2 | | Que | 000 | Time | 0000 | Desc | |
| Date 3 | | Que | 000 | Time | 0000 | Desc | |
| Date 4 | | Que | 000 | Time | 0000 | Desc | |
| Prosecutor | THOMPSON FRED W JR | Atty 1 | LAW DAVID F | Atty 2 | | | |
| Flag | N | Flag | Y | Flag | | | |
| WARISS | | WARACT | | WARLOC | | | |
| BP ISS | | BP RTN | | | | | |

**Disposition**

| CRT ACT | G GUILTY PLEA | CADATE | 06142005 | Jury | Y | More | N |
|---|---|---|---|---|---|---|---|
| Charge 1 | VAPF POSS MARIJUANA 1ST 13A-012-213 F D | | | Counts | 001 | CA | G 06142005 |
| Charge 2 | | | | Counts | | CA | |
| Charge 3 | | | | Counts | | CA | |
| Admin | | Why | | TBNV1 | | TBNV2 | |
| Appeal | | CAPP | T | Type | GJCA | GJCA | |
| Cont Dt | | Why | | Cont# | 00 | DOM VIOL | N |
| Comment | | | | | | | |
| CMP:N | SPRO:Y | Due | 0000143500 | Warr:000 | SUBP:000 | Updated | 06272005 |

**Sentence**

| Sent | 06142005 | Begin | 06142005 | End | | PRB BEG | |
|---|---|---|---|---|---|---|---|
| IMP CONF | 07 00 000 | SUSP CONF | 00 00 000 | TOTAL CONF | 07 00 000 | JAIL CRED | 00 00 189 |
| LICN SUSP | 00 00 000 | PROBATION | 00 00 000 | PRB REV | 00000000 | | |
| Monetary: | X COST | FINE IMP: 00000000 | SUSP: 00000000 | X CVCC | X HIS | | |
| | WCCS | MCOS 00000000 | JFEE 00000000 | X DRGF 2 | ASU | | |
| | WCDA | REMB 00000000 | 3CVC 00000000 | WARR 000 | USF | | |
| | PREL | X DRUG 00100000 | X RCUP 00000000 | SUBP 000 | | | |
| | RES1 00000000 | RES2 00000000 | RES3 00000000 | | | | |
| | RES4 00000000 | RES5 00000000 | RES6 00000000 | | | | |

On-Line SJIS CC/DC Case Detail: WEBB & ELEY, P.C.  Page 2 of 2

| Confine: | X PENT | | LIFE | LWOP | DEATH | SPLIT | BOOT 000 | EMON 00 | |
|---|---|---|---|---|---|---|---|---|---|
| | JAIL | X CCUR | CSEC | CTERM | RVSPL | GANG 000 | | | |
| Programs: | JDVR | IPROB | AASCH | DUI | DDC | CSV 0000 | SAPP | | |
| | PTRL | BCSCH | MNTL | CRO | ASCH | ANGER | DRUGCT | | |
| Enhanced: | PROJ | CNOT | SCH | VDOB 00000000 | HOOF 000 | | | | |
| | DRUG CODE: | | | MEAS: | VOL: 00000000 | | | | |
| SEC/CUR: | 00 | 00000000000 00 | | 00 | 00000000000 00 | | 00 | 00000000000 | |
| Comment: | | | | | | | | | |
| BAL DUE | 0000143500 | | DUE | 07262005 | | CRO | | Updated | 06272005 |

*Case Action Summary*

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 06142005 | 1428 | TEXT | APPLICATION TO PLEAD GUILTY ON INFORMATION FILED | ANS |
| 06142005 | 1428 | TEXT | BY DA'S OFFICE. | ANS |
| 06142005 | 1428 | TEXT | ORDER ALLOWING DEFENDANT TO PLEAD GUILTY ON | ANS |
| 06142005 | 1428 | TEXT | INFORMATION /S/JER | ANS |
| 06142005 | 1428 | TEXT | INFORMATION FILED BY DA'S OFFICE. | ANS |
| 06142005 | 1428 | TEXT | EXPLANATION OF RIGHTS AND PLEA OF GUILTY FILED. | ANS |
| 06142005 | 1428 | TEXT | MOTION TO ALLOW PLEA OF GUILTY FILED. | ANS |
| 06142005 | 1439 | TEXT | DEFENDANT PLEAD GUILTY AND WAIVED PRE-SENTENCE | ANS |
| 06142005 | 1439 | TEXT | INVESTIGATION. | ANS |
| 06142005 | 1456 | TEXT | DISP: GUILTY, 7 YEARS, TO RUN CONCURRENT WITH | ANS |
| 06142005 | 1456 | TEXT | CC 2004-139, ATTY FEES WILL BE ADDED WHEN APPROVED | ANS |
| 06142005 | 1456 | TEXT | BY THE JUDGE. | ANS |
| 06272005 | 1426 | JUDG | ASSIGNED TO: (JER) JOHN E. ROCHESTER (AR01) | ANS |
| 06272005 | 1426 | FILE | CHARGE 01: POSS MARIJUANA 1ST/#CNTS: 001 (AR01) | ANS |
| 06272005 | 1426 | ATY1 | ATTORNEY FOR DEFENDANT: LAW DAVID F (AR01) | ANS |
| 06272005 | 1426 | DAT1 | SET FOR: PRETRIAL DOCKET/HE ON 06/14/2005 AT(AR01) | ANS |
| 06272005 | 1426 | FILE | FILED ON: 06/14/2005 (AR01) | ANS |
| 06272005 | 1426 | ARRS | DEFENDANT ARRESTED ON: 05/05/2005 (AR01) | ANS |
| 06272005 | 1426 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) | ANS |
| 06272005 | 1426 | CASU | CASE ACTION SUMMARY PRINTED (AR08) | ANS |
| 06272005 | 1428 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: JER | ANS |
| 06272005 | 1428 | DISP | CHARGE 01 DISPOSED BY: GUILTY PLEA ON: 06/14/2005 | ANS |
| 06272005 | 1428 | DISP | CHARGE 01: POSS MARIJUANA 1ST /#CNTS: 001 (AR10) | ANS |
| 06272005 | 1428 | CH01 | DRUG FEE 2 PROVISION ORDERED BY THE COURT (AR10) | ANS |
| 06272005 | 1437 | CH01 | DEFENDANT SENTENCED ON: 06/14/2005 (AR05) | ANS |
| 06272005 | 1437 | CH01 | SENTENCE TO BEGIN ON: 06/14/2005 (AR05) | ANS |
| 06272005 | 1437 | CH01 | IMPOSED CONFINEMENT: 07 YEARS (AR05) | ANS |
| 06272005 | 1437 | CH01 | TOTAL CONFINEMENT: 07 YEARS (AR05) | ANS |
| 06272005 | 1437 | CH01 | JAIL CREDIT: 189 DAYS (AR05) | ANS |
| 06272005 | 1437 | CH01 | COST PROVISION ORDERED BY THE COURT (AR05) | ANS |
| 06272005 | 1437 | CH01 | HISTORY FEE PROVISION ORDERED BY THE COURT (AR05) | ANS |
| 06272005 | 1437 | CH01 | CVCC PROVISION ORDERED BY THE COURT (AR05) | ANS |
| 06272005 | 1437 | CH01 | DRUG FEE PROVISION ORDERED BY THE COURT (AR05) | ANS |
| 06272005 | 1437 | CH01 | DRUG FEE AMOUNT ORDERED: $1000.00 (AR05) | ANS |
| 06272005 | 1437 | CH01 | CONCURRENT SENTENCE ORDERED BY THE COURT (AR05) | ANS |
| 06272005 | 1437 | CH01 | PENITENTIARY PROVISION ORDERED BY THE COURT (AR05) | ANS |
| 06272005 | 1437 | CH01 | RECOUPMENT PROVISION ORDERED BY THE COURT (AR05) | ANS |
| 06272005 | 1437 | D001 | PAYMENT FREQUENCY SET TO: "L" (FE52) | ANS |
| 06272005 | 1438 | TRSC | TRANSCRIPT OF RECORD ISSUED: 06/27/2005 (AR08) | ANS |
| 08032005 | 0047 | ENFD | PAYMENT DELINQUENT NOTICE MAILED ON 08/04/2005 | AOC |

**EXHIBIT E**
**Alacourt SJIS Case Detail**
**CC04-139**

On-Line SJIS CC/DC Case Detail: WEBB & ELEY, P.C.



*alacourt.com's*

*Alabama SJIS CC/DC Case Detail*

| Settings | Disposition | Sentence | Case Action Summary | Witness List | Financial | Enforcem |

### Case

| County | 22 COOSA | Case Number | CC 2004 000139 00 | JID | JER | DEF Status | B BOND ESTS: A |
|---|---|---|---|---|---|---|---|
| Name | POWELL DAVID LEE | | | Alias | | | |
| Address 1 | RT 1 BOX 87 | | | Alias | | | |
| Address 2 | | | | SID | AL 000000000 | YDate | |
| Zip | 35136 0000 ROCKFORD AL US | | | AS | | PR | 2005 003061 00 |
| DLNO | AL I121381 | DOB | 01071957 | SSN | | Race/Sex | B/M |
| Height | 5 11 | Weight | 165 | Eyes | BRO | Hair | BLK |
| Filed | 10252004 | AAGCY | C | Muni# | 00 | City | |
| Arrest | 06222004 | OffDT | 06222004 | ORI | 0220000 | OFFC | |
| Indict | 10252004 | Grand Jury | GJ20040137 | Atty 1 | REE045 R | Tkt# | |
| Bond | 0001000000 | Type | P | Bond Co | | REL | 00000000 |
| Sure | CWIT | | | JDMD | | APPL | |
| Tracking No's | GJ 2004 000137 00 / DC 2004 000320 00 / 0000 000000 00 | | | | | | |
| Date | 1 04282005 | Que | 002 | Time | 0900 A | Desc | SENT |
| Charge 1 | UPCS | POSS CONTR. SUBS. | | 13A-012-212(A)(1) | F DR | Counts | 001 |
| Charge 2 | | | | | | Counts | |
| Charge 3 | | | | | | Counts | |
| More | N | Dom Viol | N | Case Type | F | Case Cat | DR |
| Comment | | | | | | | |

### Settings

| Date 1 | 04282005 | Que | 002 | Time | 0900 A | Desc | SENT SENTENCING DKT/HE |
|---|---|---|---|---|---|---|---|
| Date 2 | 12022004 | Que | 001 | Time | 0900 A | Desc | ARRG ARRAIGNMENT |
| Date 3 | | Que | 000 | Time | 0000 | Desc | |
| Date 4 | | Que | 000 | Time | 0000 | Desc | |
| Prosecutor | THOMPSON FRED W JR | Atty 1 | REED JOE MORGAN | Atty 2 | | | |
| Flag | N | Flag | Y | Flag | | | |
| WARISS | | WARACT | | WARLOC | | | |
| BP ISS | | BP RTN | | | | | |

### Disposition

| CRT ACT | G GUILTY PLEA | CADATE | 04282005 | Jury | Y | More | N |
|---|---|---|---|---|---|---|---|
| Charge 1 | UPCS POSS CONTR. SUBS. 13A-012-212(A)( F D | | | Counts | 001 | CA | G 04282005 |
| Charge 2 | | | | Counts | | CA | |
| Charge 3 | | | | Counts | | CA | |
| Admin | | Why | | TBNV1 | | TBNV2 | |
| Appeal | | CAPP | T | Type | GJCA | GJCA | |
| Cont Dt | | Why | | Cont# | 00 | DOM VIOL | N |
| Comment | | | | | | | |
| CMP:N | SPRO:Y | Due | 0000153500 | Warr:000 | SUBP:000 | Updated | 07142005 |

### Sentence

| Sent | 06142005 | Begin | 06142005 | End | | PRB BEG | |
|---|---|---|---|---|---|---|---|
| IMP CONF | 07 00 000 | SUSP CONF | 00 00 000 | TOTAL CONF | 07 00 000 | JAIL CRED | 00 00 189 |
| LICN SUSP | 00 00 000 | PROBATION | 00 00 000 | PRB REV | 06142005 | | |
| Monetary: | X COST      FINE IMP: 00000000   SUSP: 00000000    X CVCC    X HIS | | | | | | |
| | WCCS      MCOS 00000000      JFEE 00000000   X DRGF 2    ASU | | | | | | |
| | WCDA      REMB 00000000      3CVC 00000000   WARR 000 X USF | | | | | | |
| | PREL    X DRUG 00100000      RCUP 00000000     SUBP 000 | | | | | | |
| | RES1 00000000       RES2 00000000       RES3 00000000 | | | | | | |

On-Line SJIS CC/DC Case Detail: WEBB & ELEY, P.C.

Page 2 of 3

| | | RES4 00000000 | | RES5 00000000 | | | RES6 00000000 | |
|---|---|---|---|---|---|---|---|---|
| Confine: | X PENT | LIFE | LWOP | DEATH | SPLIT | BOOT 000 | EMON 00 | |
| | JAIL | X CCUR | CSEC | CTERM | RVSPL | GANG 000 | | |
| Programs: | JDVR | IPROB | AASCH | DUI | DDC | CSV 0000 | SAPP | |
| | PTRL | BCSCH | MNTL | CRO | ASCH | ANGER | DRUGCT | |
| Enhanced: | PROJ | CNOT | SCH | VDOB 00000000 | | HOOF 000 | | |
| | DRUG CODE: | | MEAS: | VOL: 00000000 | | | | |
| SEC/CUR: | 00 | 000000000000 00 | 00 | 000000000000 | 00 | 00 | 000000000000 | |
| Comment: | | | | | | | | |
| BAL DUE | 0000153500 | | DUE | 06142005 | | CRO | Updated | 06272005 |

*Case Action Summary*

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 11032004 | 1143 | TEXT | NOTICE OF APPEARANCE FILED BY ATTY JASON JACKSON | ANS |
| 11032004 | 1143 | TEXT | MOTION FOR DISCOVERY FILED. | ANS |
| 11152004 | 1144 | TEXT | NOTICE OF APPEARANCE FILED BY ATTY JOE REED | ANS |
| 11192004 | 1120 | JUDG | ASSIGNED TO: (JER) JOHN E. ROCHESTER (AR01) | ANS |
| 11192004 | 1120 | FILE | CHARGE 01: POSS CONTR. SUBS.#CNTS: 001 (AR01) | ANS |
| 11192004 | 1120 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) | ANS |
| 11192004 | 1120 | FILE | FILED ON: 10/25/2004 (AR01) | ANS |
| 11192004 | 1120 | INDT | DEFENDANT INDICTED ON: 10/25/2004 (AR01) | ANS |
| 11192004 | 1120 | DAT1 | SET FOR: ARRAIGNMENT ON 12/02/2004 AT 0900A(AR01) | ANS |
| 11192004 | 1120 | ATY1 | ATTORNEY FOR DEFENDANT: JACKSON JASON MATTHE(AR01) | ANS |
| 11192004 | 1120 | BOND | BOND SET AT: $10000.00 (AR01) | ANS |
| 11192004 | 1120 | ARRS | DEFENDANT ARRESTED ON: 06/22/2004 (AR01) | ANS |
| 11192004 | 1120 | DAT2 | SET FOR: ARRAIGNMENT ON 12/02/2004 AT 0900A(AR10) | ANS |
| 11192004 | 1120 | CASU | CASE ACTION SUMMARY PRINTED (AR08) | ANS |
| 11292004 | 0250 | DOCK | NOTICE SENT: 11/29/2004 POWELL DAVID LEE | ANS |
| 11292004 | 0250 | DOCK | NOTICE SENT: 11/29/2004 JACKSON JASON MATTHEW | ANS |
| 12022004 | 1027 | TEXT | STATE'S MOTION FOR DISCOVERY FILED BY DA'S OFFICE | ANS |
| 12022004 | 1547 | TEXT | PLEA OF NOT GUILTY AND WAIVER OF ARRAIGNMENT FILED | ANS |
| 01052005 | 1109 | TEXT | MOTION TO WITHDRAW FILED BY ATTY JASON JACKSON | ANS |
| 01052005 | 1547 | ATY1 | ATTORNEY FOR DEFENDANT: REED JOE MORGAN (AR01) | ANS |
| 01052005 | 1547 | DAT1 | SET FOR: PRETRIAL DOCKET/HE ON 02/03/2005 AT(AR01) | ANS |
| 01112005 | 1005 | TEXT | NOTICE OF INTENT TO OFFER CERTIFICATE OF ANALYSIS | ANS |
| 01112005 | 1005 | TEXT | FILED BY DA'S OFFICE. | ANS |
| 01122005 | 0077 | DOCK | NOTICE SENT: 01/12/2005 POWELL DAVID LEE | ANS |
| 01122005 | 0077 | DOCK | NOTICE SENT: 01/12/2005 REED JOE MORGAN | ANS |
| 01182005 | 1120 | TEXT | MOTION TO WITHDRAW BY ATTY JASON JACKSON GRANTED | ANS |
| 01182005 | 1121 | TEXT | /S/JER | ANS |
| 01262005 | 1121 | TEXT | MAILED ATTY JASON JACKSON COPY OF MOTION. | ANS |
| 02032005 | 1354 | TEXT | DEFENDANT PLEAD GUILTY, | ANS |
| 02032005 | 1354 | TEXT | PRE-SENTENCE INVESTIGATION ORDERED | ANS |
| 02032005 | 1354 | TEXT | EXPLANATION OF RIGHTS AND PLEA OF GUILTY FILED | ANS |
| 02032005 | 1354 | TEXT | MOTION TO ALLOW PLEA OF GUILTY FILED | ANS |
| 02032005 | 1533 | REOR | RELEASE ORDER ISSUED: 02/03/2005 (AR08) | ANS |
| 02042005 | 1033 | DAT1 | SET FOR: SENTENCING DKT/HE ON 04/28/2005 AT(AR01) | ANS |
| 02232005 | 1359 | STAT | STATUS CHANGED TO: "B" - BOND (AR01) | ANS |
| 05162005 | 1119 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: JER | ANS |
| 05162005 | 1119 | DISP | CHARGE 01 DISPOSED BY: GUILTY PLEA ON: 04/28/2005 | ANS |
| 05162005 | 1119 | DISP | CHARGE 01: POSS CONTR. SUBS.#CNTS: 001 (AR10) | ANS |
| 05162005 | 1119 | CH01 | DRUG FEE 2 PROVISION ORDERED BY THE COURT (AR10) | ANS |
| 05162005 | 1121 | CH01 | DEFENDANT SENTENCED ON: 04/28/2005 (AR05) | ANS |
| 05162005 | 1121 | CH01 | SENTENCE TO BEGIN ON: 04/28/2005 (AR05) | ANS |
| 05162005 | 1121 | CH01 | IMPOSED CONFINEMENT: 02 YEARS (AR05) | ANS |
| 05162005 | 1121 | CH01 | SUSPENDED CONFINEMENT: 05 YEARS (AR05) | ANS |
| 05162005 | 1121 | CH01 | TOTAL CONFINEMENT: 07 YEARS (AR05) | ANS |
| 05162005 | 1121 | CH01 | COST PROVISION ORDERED BY THE COURT (AR05) | ANS |
| 05162005 | 1121 | CH01 | HISTORY FEE PROVISION ORDERED BY THE COURT (AR05) | ANS |

| 05162005 1121 | CH01 | USER FEE PROVISION ORDERED BY THE COURT (AR05) | ANS |
|---|---|---|---|
| 05162005 1121 | CH01 | CRO PROGRAM PROVISION ORDERED BY THE COURT (AR05) | ANS |
| 05162005 1121 | CH01 | JAIL CONFINEMENT ORDERED BY THE COURT (AR05) | ANS |
| 05162005 1121 | CH01 | CVCC PROVISION ORDERED BY THE COURT (AR05) | ANS |
| 05162005 1121 | CH01 | DRUG FEE PROVISION ORDERED BY THE COURT (AR05) | ANS |
| 05162005 1122 | D001 | PAYMENT FREQUENCY SET TO: "L" (FE52) | ANS |
| 05162005 1128 | CH01 | JAIL CREDIT: 145 DAYS (AR05) | ANS |
| 06222005 0042 | ENFD | PAYMENT DELINQUENT NOTICE MAILED ON 06/23/2005 | AOC |
| 06272005 1418 | CH01 | DEFENDANT SENTENCED ON: 06/14/2005 (AR05) | ANS |
| 06272005 1418 | CH01 | CRO PROGRAM SENTENCE PROVISION DELETED (AR05) | ANS |
| 06272005 1418 | CH01 | CONCURRENT SENTENCE ORDERED BY THE COURT (AR05) | ANS |
| 06272005 1418 | CH01 | JAIL CREDIT: 189 DAYS (AR05) | ANS |
| 06272005 1418 | CH01 | PROBATION REVOKED ON: 06/14/2005 (AR05) | ANS |
| 06272005 1418 | CH01 | JAIL CONFINEMENT PROVISION DELETED (AR05) | ANS |
| 06272005 1418 | CH01 | PENITENTIARY PROVISION ORDERED BY THE COURT (AR05) | ANS |
| 06272005 1418 | CH01 | IMPOSED CONFINEMENT: 07 YEARS (AR05) | ANS |
| 06272005 1418 | CH01 | SENTENCE TO BEGIN ON: 06/14/2005 (AR05) | ANS |
| 06272005 1419 | TRSC | TRANSCRIPT OF RECORD ISSUED: 06/27/2005 (AR08) | ANS |
| 07072005 1306 | TEXT | DEFENDANT RELEASED FROM COOSA JAIL ON 07-01-05. | ANS |
| 07072005 1306 | TEXT | TRANSPORTED TO KILBY DOC. | ANS |

# EXHIBIT F
# Affidavit of Sheriff Ricky Owens

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

DAVID LEE POWELL,                      )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )     Civil Action No. 2:05-cv-0544-MHT-DRB
                                       )
COOSA COUNTY JAIL, et al.,             )
                                       )
            Defendants.                )

## AFFIDAVIT OF RICKY OWENS

STATE OF ALABAMA          )
                          )
COUNTY OF COOSA           )

1.  My name is Ricky Owens. I am over the age of 19 and am competent to make this affidavit.

2.  I am the Sheriff of Coosa County, Alabama.

3.  I am familiar with the Plaintiff due to his being incarcerated in the Coosa County Jail; however, I have no personal knowledge of any of the specific allegations that form the basis of Plaintiff's Complaint.

4.  I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.  I followed all policies and procedures of the Coosa County Sheriff's Department and Coosa County Jail, and I am not aware of any instance where the policies and procedures were violated.

6.  I swear to the best of my present knowledge and information that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

_Ricky L. Owens, Sheriff_

RICKY OWENS

**SWORN TO** and **SUBSCRIBED** before me this _15th_ day of August, 2005.

_[signature]_

NOTARY PUBLIC

My Commission Expires: _____

# EXHIBIT G
## Affidavit of Wendy Roberson

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

DAVID LEE POWELL,                    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )    Civil Action No. 2:05-cv-0544-MHT-DRB
                                     )
COOSA COUNTY JAIL, et al.,           )
                                     )
        Defendants.                  )

## AFFIDAVIT OF WENDY ROBERSON

STATE OF ALABAMA          )
                          )
COUNTY OF COOSA           )

1. My name is Wendy Roberson. I am over the age of 19 and am competent to make this affidavit.

2. I have been employed by the Coosa County Sheriff's Department for over four years and currently serve as the Jail Administrator at the Coosa County Jail. I have achieved the rank of Sergeant. I am familiar with the Plaintiff due to his incarceration in the Coosa County Jail.

3. I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

4. I followed all policies and procedures of the Coosa County Sheriff's Department and Coosa County Jail, and I am not aware of any instance where the policies and procedures were violated.

5. Plaintiff was not denied necessary medical care or treatment.

6. It is the policy of the Coosa County Jail that all inmates are given necessary medical care and treatment.

7. Inmates who are in need of dental care are taken to the dentist in nearby Hanover, Alabama. Appointments are made with the dentist upon request as appointments are available. However, the inmates with more severe problems are given priority over inmates with less serious problems. Just as it is with all dentists, appointments are not always available immediately when an inmate comes into the jail with a medically insignificant issue.

8. I recall an instance wherein Plaintiff complained to me that he did not get to go the dentist as soon as he wanted to go. I was aware that Plaintiff had been out of jail for three months - from February 2005 through May 2005. Even though Plaintiff had complained prior to his February 2005 release that he needed teeth extracted, during these three months he did not go to the dentist. I pointed this fact out to Plaintiff, and he answered that his teeth were not a priority while he was out of jail.

9. Plaintiff has seen the dentist for extractions, and will be returning for additional extractions.

10. It is the policy of the Coosa County Jail that "legal mail" will be opened in the presence of the inmate and checked for contraband, etc., but not read.

11. Plaintiff was served with the charge of marijuana in the first degree while in the Coosa County Jail.

12. Attached to the Special Report are true and accurate documents contained in the Plaintiff's jail file. I am the custodian of such documents, which were kept by me in the ordinary course of my business.

13. I swear to the best of my present knowledge and information that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

WENDY ROBERSON

**SWORN TO** and **SUBSCRIBED** before me this 15 day of August, 2005.

NOTARY PUBLIC
My Commission Expires: _____

# EXHIBIT H
# Affidavit Al Bradley

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

DAVID LEE POWELL,                    )
                                     )
    Plaintiff,                    )
                                     )
v.                                   )    Civil Action No. 2:05-cv-0544-MHT-DRB
                                     )
COOSA COUNTY JAIL, et al.,           )
                                     )
    Defendants.                   )

## AFFIDAVIT OF FRANK A. ("AL") BRADLEY, JR.

STATE OF ALABAMA              )
                              )
COUNTY OF COOSA               )

    1.    My name is Frank A. ("Al") Bradley, Jr. I am over the age of nineteen and am competent to make this statement.

    2.    I am employed by the Coosa County Sheriff's Department as a jail officer at the Coosa County Jail in Rockford, Alabama. I have worked in such capacity for approximately seven years. I have more than eighteen years of law enforcement experience and have been employed as an Alabama State Trooper, as an investigator in the U.S. Army, and have worked for the Alexander City, Alabama, Police Department. I have an associate's degree from Alexander City Junior College in law enforcement. I graduated from the Alabama Police Academy and was A.P.O.S.T. certified as a law enforcement officer. I have also graduated from the State Trooper Academy for my employment as a state trooper. I have also completed the jail management program in Selma, Alabama.

    3.    I am familiar with the Plaintiff due to his incarceration in the Coosa County Jail.

4.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.    I followed all policies and procedures of the Coosa County Sheriff's Department and Coosa County Jail, and I am not aware of any instance where the policies and procedures were violated.

6.    I do recall an instance where Plaintiff told me that his tooth was better and that he did not need to go to the dentist anymore.

7.    On May 15, 2005, Plaintiff stated that he was going to turn over the "mother f**king" lunch cart because he did not like his lunch.  He was placed in administrative segregation for twenty-three hours.

8.    I swear to the best of my present knowledge and information that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

FRANK A. ("AL") BRADLEY, JR.

SWORN TO and SUBSCRIBED before me this 15th day of August, 2005.

NOTARY PUBLIC
My Commission Expires: _____

my Commission Expires 4/8/07

# EXHIBIT I
## Affidavit of Kay Taylor

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

**DAVID LEE POWELL,**                )
                                     )
    **Plaintiff,**           )
                                     )
**v.**                               )    **Civil Action No.  2:05-cv-0544-MHT-DRB**
                                     )
**COOSA COUNTY JAIL, et al.,**       )
                                     )
    **Defendants.**          )

### AFFIDAVIT OF KAY TAYLOR

**STATE OF ALABAMA**          )
                              )
**COUNTY OF COOSA**           )

1.  My name is Kay Taylor.  I am over the age of 19 and am competent to make this affidavit.

2.  I have been employed by the Coosa County Jail since February, 2001.  Before coming to Coosa County, I was employed as a jailer in Tennessee for six years.  I am a graduate of the Jail School for the State of Tennessee.  I have ten years of experience as a jailer.

3.  I am familiar with the Plaintiff due to his incarceration in the Coosa County Jail.

4.  I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.  I followed all policies and procedures of the Coosa County Sheriff's Department and Coosa County Jail, and I am not aware of any instance where the policies and procedures were violated.

6.  Plaintiff was not denied necessary medical care or treatment.

7.  My shift is from 6:00 p.m. until 6:00 a.m.  On May 16, 2005, Plaintiff requested that I bring him some pain medication.  Non-prescription pain medications that are requested by inmates are given out at the normal mealtimes and at bedtime.  I am certain that Plaintiff did not ask me to bring him pain medication at least until after 6:00 p.m. because that is when my shift begins.  I gave the Plaintiff Tylenol at the next time that medications were passed out, at bedtime around 10:00 p.m.  I did not at any time give Plaintiff any medication with any knowledge that it would upset his stomach.  Plaintiff was angry and cursed and yelled because he had to wait until bedtime even though he knew that that was jail policy.

8.  I swear to the best of my present knowledge and information that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.


_____
KAY TAYLOR

**SWORN TO** and **SUBSCRIBED** before me this _____ day of August, 2005.



_____
NOTARY PUBLIC
My Commission Expires: _____

# EXHIBIT J
# Affidavit of Steve Hay

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

DAVID LEE POWELL,                    )
                                     )
    Plaintiff,                       )
                                     )
v.                                   )    Civil Action No. 2:05-cv-0544-MHT-DRB
                                     )
COOSA COUNTY JAIL, et al.,           )
                                     )
    Defendants.                      )

## AFFIDAVIT OF STEVE HAY

STATE OF ALABAMA            )
                            )
COUNTY OF COOSA             )

    1. My name is Steve Hay. I am over the age of nineteen and competent to make this affidavit.

    2. I am employed by the Coosa County, Alabama, Sheriff's Department and serve as a Deputy Sheriff. I am a graduate of the Alabama Advanced Criminal Justice Academy. I have served as a Deputy Sheriff for three years.

    3. I am familiar with the Plaintiff due to his incarceration in the Coosa County Jail.

    4. I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

    5. I followed all policies and procedures of the Coosa County Sheriff's Department and Coosa County Jail, and I am not aware of any instance where the policies and procedures were violated.

6. I swear to the best of my present knowledge and information that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation

_____
STEVE HAY

**SWORN TO** and **SUBSCRIBED** before me this /³ day of August, 2005.

_____
NOTARY PUBLIC
My Commission Expires: _____ My Commission Expires 4/8/07

**EXHIBIT K**
**Inmate File, Crew Drug Store Summary**
**dated September 28, 2004**

```
CREW DRUG STORE              Patient:  POWELL, DAVID
MAIN STREET
ROCKFORD          AL 35136        ROCKFORD        AL 35136 0000
Phone: 256-377-4960               DOB:    01/07/1957


Patient IRS/Insurance Summary For The Period    9/28/04 Thru  9/28/04.        Rx Number Order.
```

| Drug Name | NDC Number | Rx | N/R | Date | PP | Qty | DS | Doctor | NABP | DEA | Price | Tax | Copay | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZOLOFT 100MG TAB | 00049491066 | 220056 | N | 09/28/04 | C | 11 | 14 | WEAVER, R | 0109404 | BW2768022 | 41.69 | .00 | 41.69 | |
| COMBIVENT | 00597001314 | 220057 | N | 09/28/04 | C | 15 | 14 | WEAVER, R | 0109404 | BW2768022 | 79.49 | .00 | 79.49 | |
| C-BENZAPRINE 10MG | 00591565801 | 220058 | N | 09/28/04 | C | 30 | 10 | WEAVER, R | 0109404 | BW2768022 | 61.59 | .00 | 61.59 | GENERIC |

```
      Total Rx's    3    Total Price      182.77                          Patient Copay        182.77
```

Pharmacist signature: _Terri Padolt O.C. (-ect)_
_P. Deen RPh_

_Angela Webster_

**EXHIBIT L**
**Inmate File, Crew Drug Store Summary**
**dated October 12, 2004**

```
CREW DRUG STORE              Patient: POWELL, DAVID
MAIN STREET
ROCKFORD          AL 35136          ROCKFORD      AL 35136 0000
Phone: 256-377-4960              DOB:    01/07/1957


Patient IPS/Insurance Summary For The Period   10/12/04 Thru 10/12/04.        Rx Number Order.

 Drug Name      NDC Number     Rx   N/P  Date   PP    Qty  DS  Doctor     NABP       DEA       Price     Tax    Copay

-BENZAPPINE 10MG 00591595901 220058 RCL 10/12/04 C     30  10 WEAVER, P 0109404   BW2788022   61.59    .00   61.59  GENERIC


        Total Rx's:   1    Total Price      61.59                        Patient Copay      61.59
```

Pharmacist signature: _Terri Nachole Ogle_ (TECH)

