# EXHIBIT M
# Inmate File, Crew Drug Store Summary
# dated October 13, 2004



```
CREW DRUG STORE                 Patient:  POWELL, DAVID
MAIN STREET
ROCKFORD          AL 35136      ROCKFORD       AL 35136 0000
Phone: 256-377-4960             DOE:   01/07/1957
```

Patient IRS/Insurance Summary For The Period   10/13/04 Thru 10/13/04.        Rx Number Order.

| Drug Name | NDC Number | Rx | N/P | Date | PP | Qty | DS | Doctor | NABP | DEA | Price | Tax | Copay |
|-----------|-----------|-----|------|------|-----|-----|-----|--------|------|-----|-------|-----|-------|
| OLOFT 100MG TAB | 00049491066 | 220056 | R01 | 10/13/04 | C | | 14 | 14 WEAVER, R | 0109404 | BW2768022 | 51.09 | .00 | 51.09 |

```
        Total Rx's    1    Total Price       51.09                      Patient Copay       51.09
```

Pharmacist signature:  _Terri Nichols Ogle (Tech)_
                        _Roger Deerr Rph_



# EXHIBIT N
# Inmate File, Crew Drug Store Summary
# dated November 1, 2004
# through December 20, 2004

```
CREW DRUG STORE                    Patient:  POWELL, DAVID
MAIN STREET
ROCKFORD              AL 35136      ROCKFORD       AL 35136 0000
Phone: 256-377-4360                DOB:   01/07/1957


Patient DRG/Insurance Summary For The Period   11/01/04 Thru 12/20/04.        Rx Number Order.

Drug Name        NDC Number     Rx   N/P   Date   PR   Qty  DS   Doctor    WAØR       DEA          Price     Tax      Copay

CLOFT 100MG TAB  00049451066  200095 R02 11/01/04 C    14  14 WEAVER, R 0109404   BW2769022      51.09      .00      51.09
CLOFT 100MG TAB  00049451066  200095 R03 11/15/04 A    14  14 WEAVER, R 0109404   BW2769022      51.09      .00      51.09
CLOFT 100MG TAB  00049451066  200095 R04 11/30/04 C     7   7 WEAVER, R 0109404   BW2769022      25.59      .00      25.59
TRPOXEN 500MG TA 00050024901  202099     12/16/04 N     21  14 GARRETT,  0109404   FG9999981      70.39      .00      70.39
BUTPROL 500 INH  50702247500  202135  M  12/17/04 C     17  17 GARRETT,  0109404   FG9999981      35.09      .01      35.09  GENERIC
CH VW 500MG TAD  67059020110  202130  M  12/17/04 C     28   7 GARRETT,  0109404   FG9999981      18.09      .00      18.09


    Total Rxs    7   Total Price       251.03                         Patient Copay      251.03
```

Pharmacist signature:   _Terri Nichols Cgl (Tech)_

# EXHIBIT O
# Doctor Visit Form dated December 16, 2004

# Coosa County Sheriff's Department

## DOCTOR VISIT – RX FORM

DATE 2/16/04

INMATE NAME David Powell

COMPLAINT Med refill

DOCTOR'S NAME James

NUMBER OF PRESCRIPTIONS 4

---

PriCare, P.A.
BARRETT,AMY,R:CRNP    DEA No 2087    ASC ...:
P.O.BOX 789, ALEXANDER CITY, AL, 35011-0000
Phone: (256)234-4131 Fax: (256)234-9979
Patient: Danial Powell CCIN
DOB: 2/13/1957
Address:Po Box 10 Attn: Donna, ROCKFORD, AL  35136
Date: 12/16/2004

Dispense: Zoloft 150 mg, sig: 1 tab, Daily , 30 tab, 2 Refill(s).
Dispense: Albuterol-MDI 90 mcg, sig: 2 puffs, Q 4 Hrs prn, 1 MDI, 2 Refill(s).
Dispense: Naprosyn 500 mg, sig: 1 tab, BID take with food, 20 tab, 1 Refill(s).

Disp: Pen Vee K 500 mg I tab po QID X 7 days
#28 0 refills.

ABarrett CRNP    NNP.
1-084325 AL #2087.

**Dispense As Written** ☐                                          ☐ **Product Selection Permitted**

# EXHIBIT P
# Inmate File, Crew Drug Store Summary
# dated December 28, 2004

Jerri Nichols Ogle (Tech)

Latonya J. Shaman

# EXHIBIT Q
# Inmate File, Crew Drug Store Summary
# dated January 18, 2005

CREW DRUG STORE                    Patient:  POWELL, DAVID
MAIN STREET
ROCKFORD          AL 35136          ROCKFORD         AL 35136 0000
Phone: 256-377-4960                 DOB:     01/07/1957

Patient IRS/Insurance Summary For The Period    1/18/05 Thru  1/18/05.        Rx Number Order.

Drug Name      NDC Number    Rx   N/P  Date   PP   Qty  DS  Doctor     NABP     DEA        Price    Tax    Copay

ZLOFT 100MG TAB  00049491066 222085 R02 01/18/05 C     3  14 BARRETT,  0109404  FC9999991   11.39    .00    11.39

        Total Rx's    1    Total Price      11.39                              Patient Copay     11.39


Pharmacist signature:  _Terri Nachole Ogle (Tech)_

**EXHIBIT R**
**Inmate File, Crew Drug Store Summary**
**dated January 24, 2005**

```
REW DRUG STORE              Patient:  POWELL, DAVID
AIN STREET
OCKFORD           AL 35136          ROCKFORD      AL 35136 0000
hone: 256-377-4950                  DOE:    01/07/1957
```

```
atient IPS/Insurance Summary For The Period    1/24/05 Thru  1/24/05.        Rx Number Order.
```

| Drug Name | NDC Number | Rx | N/R | Date | PP | Qty | DS | Doctor | NAEP | DEA | Price | Tax | Copay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOFT 100MG TAB | 00049491056 | 323041 | N | 01/24/05 | C | | 14 | 14 JAMES, WA | 0109404 | AJ7412101 | 53.69 | .00 | 53.69 |
| Total Rx's | 1 | | Total Price | | 53.69 | | | | | Patient Copay | | | 53.69 |

Pharmacist signature: _Kevin Nachol CqCe (Tech)_

_[signature]_

1-24-05

**EXHIBIT S**
**Inmate File, Doctor Visit Form**
**dated May 25, 2005**

# Coosa County Sheriff's Department

### DOCTOR VISIT – RX FORM

DATE _05/25/05_

INMATE NAME _DAVID POWELL_

COMPLAINT _Headache & Leg pain_

DOCTOR'S NAME _Roach_

NUMBER OF PRESCRIPTIONS _1_

---

PriCare, P.A.
ROACH,MARTIN,G:D.O.    DEA No BR1545663    ASC  o:
P.O.BOX 789, ALEXANDER CITY, AL, 35011-0000
Phone: (256)234-4131 Fax: (256)234-9979

Patient: David  Powell CCIN
DOB: 1/7/1957
Address:Po Box 10 Attn: Donna, ROCKFORD, AL  35136
Date: 5/25/2005

Dispense: Naprosyn 500 mg, sig: 1 tab, BID take with food prn pain, 30 tab, 1 Refill(s).

_____ M.D.

Dispense As Written ☐_____    _____ ☐ Product Selection Permitted

Clinical Record No: 204446    Prescription No: 61148

**EXHIBIT T**
**Inmate File, Crew Drug Store Summary**
**dated May 26, 2005**

```
CREW DRUG STORE                Patient: POWELL, DAVID
MAIN STREET
ROCKFORD           AL 35136           ROCKFORD       AL 35136 0000
Phone: 256-377-4960                   DOB:    01/07/1957


Patient IRS/Insurance Summary For The Period     5/26/05 Thru  5/26/05.           Rx Number Order.

 Drug Name        NDC Number     Rx   N/R  Date   PP   Qty  DS  Doctor    NABP      DEA        Price    Tax    Copay

APROXEN 500MG TA 00093014801 226377  N  05/26/05 C     30  15 ROACH, MA 0109404   BR1545563   62.79    .00    62.79 GENERIC


       Total Rx's   1    Total Price      62.79                         Patient Copay       62.79
```

Pharmacist signature: _Jerri Nichole Ogle_ (Tech)



# EXHIBIT U
# Inmate File, Doctor Visit Form
# dated June 2, 2005

# Coosa County Sheriff's Department

## DOCTOR VISIT – RX FORM

DATE _6-2-05_

INMATE NAME _DAVID Powell_

COMPLAINT _Tooth ache_        _DenTist_

DOCTOR'S NAME _HampTon_

NUMBER OF PRESCRIPTIONS _1_

**EXHIBIT V**
**Inmate File, Initial Examination Form**

## INITIAL EXAMINATION

NAME _David Howell_    MEDICAL ALERT _____



### PERIODONTAL TREATMENT PLAN:

Prophy

Root Planing

UR    UL

LR    LL

### REMOVABLE PROS. TREATMENT PLAN:

6-30-05

COMMENTS:

— needs all maxillary teeth ext and prophyllay dent
— needs 17, 29, 32 ext mandib

## PHYSICAL & ORAL EXAM



| | | | |
|---|---|---|---|
| Chief Complaint | | | |
| General Condition of Periodontium | | _poor_ | |
| General Condition of Teeth: | Sl | M. | SV. |
| Plaque | Bleeding | | |
| Calculus | Recession | | |
| General Condition of Oral Soft Tissue | | _good_ | |
| Floor of Mouth | Lymph Nodes | Lips | |
| Tongue | Salivary Glands | TMJ | |
| Palate | Cheeks | Frenum | |

# EXHIBIT W
# Inmate File, Crew Drug Store Summary
# dated June 2, 2005

```
CREW DRUG STORE              Patient:  POWELL, DAVID
MAIN STREET
ROCKFORD         AL 35136        ROCKFORD        AL 35136 0000
Phone: 256-377-4960             DOB:     01/07/1957


Patient IRS/Insurance Summary For The Period   6/02/05 Thru  6/02/05.        Rx Number Order.

 Drug Name      NDC Number    Rx   N/R  Date  PP  Qty DS  Doctor    NABP      DEA        Price    Tax    Copay

-CODON/APAP 7.5/ 00603386221 226500  N  06/02/05 C   15  3 FOXWORTH, 0109404   BF2724373   10.59    .00    10.59  GENERIC
MOXICILLIN 250MG 55370008407 226501  N  06/02/05 C   28  6 FOXWORTH, 0109404   BF2724373   12.69    .00    12.69  GENERIC


     Total Rx's   2    Total Price     23.28                    Patient Copay    23.28
```

Pharmacist signature: _Terri Nichole Ogle (Tech)_

**EXHIBIT X**
**Inmate File, Crew Drug Store Summary**
**dated June 30, 2005**

```
CREW DRUG STORE              Patient:  POWELL, DAVID
MAIN STREET
ROCKFORD          AL 35136        ROCKFORD        AL 35136 0000
Phone: 256-377-4960              DOB:    01/07/1957
```

Patient IRS/Insurance Summary For The Period     6/30/05 Thru  6/30/05.          Rx Number Order.

| Drug Name | NDC Number | Rx | N/R | Date | PP | Qty | DS | Doctor | NABP | DEA | Price | Tax | Copay |
|-----------|-----------|-----|-----|------|-----|-----|-----|--------|------|-----|-------|-----|-------|
| H-CODONE/APAP 7.5 | 00603388228 | 227179 | N | 06/30/05 | C | 15 | 4 | FOXWORTH, | 0109404 | BF2724373 | 13.99 | .00 | 13.99 |

Total Rx's     1     Total Price       13.99                    Patient Copay      13.99

Pharmacist signature: _____

Jeni Nachole Ogle (tech)

# EXHIBIT Y
# Medication Administration Record

# MEDICATION SHEET - ADMINISTRATION RECORD

P & L FORMS #3021 (for A03 print programs)

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C-Benzaprine 3 times A day As needed | Bfast | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Lunch | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Supp | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 15 Combivent 2 Puff every 6 hrs As needed | Bfast | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Supp | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zoloff 1/2 tab once a day | Bfast | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | AS DP | DH DP | LT DRB | LT DP | DH DP | DH DP | CM DP | CM DP | CS DP |
| L | DP | | DP | Cm | DP | LT DP | | Cm DP | CM DP | CS DP |
| S | DP | DH DP | | DB LT | DP | LT DP | | Tol DP | CM DP | CM DP |
| BT | | | | | | | | | | |

|   | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | DP | AS DP | Cm DP | Tol DP | AV DP | AS DP | AS DP | RJC DP | CM DP | AV DP |
| L | | | | | | AM DP | LTD | | CS DP | |
| S | | | LT DP | CS DP | | | DP | AS DP | Cm DP | CS LFI |
| BT | HU | AW DP | | | | | | | | |

|   | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | AS DP | Tol DP | Cm DP | Cm DP | AS DP | AS DP | Tol DP | Cm | Tol DP | Tol DP | |
| L | | CS DP | Cm DP | CM DP | | | | DP | Tol DP | | |
| S | | CS DP | Cm DP | | | | Cm | Tol DP | | | |
| BT | | | | | | | | BM DP | W DP | | |

| Charting For | Through | | |
|---|---|---|---|
| Physician | | Telephone No. | Medical Record No. |
| Alt. Phys. | | Alt. Telephone | |
| Allergies | | Rehabilitative Potential | |
| Diagnosis | | | Admission Date |

| Medicaid Number | Medicare Number | Complete Entries Checked: By: | | |
|---|---|---|---|---|
| Resident Powell David | | Birth Date | Resident Code | Room No. | Bed | Facility Code |

# MEDICATION SHEET - ADMINISTRATION RECORD

P & L FORMS #3021 (for A03 print programs)

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zoloft 1 tablet a day | Brkfst | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | DP | DP DP | DP | DP | DH DP | CS DP | LT | DP | DP DP | DP |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | DP | DP | DP | CS DP | DP | DP | DP | DP | DP | LT |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | DP | DP | DP | DP | DP | CS DP | DP | DP | DP | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

Charting For _____ Through _____

| Physician | | |
|---|---|---|
| Alt. Phys. | Telephone No. | Medical Record No. |
| Aller-gies | Alt. Telephone | |
| Diag-nosis | Rehabilitative Potential | |
| | | Admission Date |

| Medicaid Number | Medicare Number | Complete Entries Checked: | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |
| Resident Powell David | Birth Date | Resident Code | Room No. | Bed | Facility Code |

EDICATION SHEET - ADMINIST .TION RECORD

L FORMS #3021 *(for A03 print programs)*

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zoloft 1 TAB A DAY | BfAst | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | |
| Pen VK 500mg 1 tab 4xday | BfAst / Noon / Supp / Btime | | | | | | | | | | | | | | | | | | ✓ | ✓ | ✓ | | | | | | | | | | | | |
| Naproxen 500mg 1 tab w/ food | BfAst / Supper | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Albuterol 200 2 puffs every 4 hrs. as needed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | | 3 | 4 | | 5 | | 6 | | 7 | | 8 | | 9 | | 10 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | DP | TDL | DP | | LT DP | TDL | DP | NS DP | | AS DP | | | TDL | DP | | |
| L | | | | | | | | | | | | | | | | | |
| S | | | | | | | | | | | | | | | | | |
| BT | | | | | | | | | | | | | | | | | |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | TDL DP | LT DP | AS DP |
| L | | | | | | | | LT DP | S DP | AS DP |
| S | | | | | | | | LT DP | LT DP | AS DP |
| BT | | | | | | | | LT DP | LT DP | AS DP |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | AS DP | TDL DP | TDL DP | NS DP | AS DP | CS DP | TDL DP | LT DP | NS DP | AS DP | TDL DP |
| L | AS KED | TDL DP | LT DP | NS DP | NS DP | CS TDL | | | | | |
| S | CS DP | LT DP | LT DP | NS DP | AS DP | KC PP | | | | | |
| BT | | LT DP | | | | | | | | | |

Charting For ___ Through ___

| Physician | | Telephone No. | Medical Record No. |
|---|---|---|---|
| Alt. Phys. | | Alt. Telephone | |
| Aller- | | Rehabilitative Potential | |
| nosis | | | Admission Date |

| Medicaid Number | Medicare Number | Complete Entries Checked: By: | | | |
|---|---|---|---|---|---|
| | | | Title: | Date: | |
| Resident | Powell David | Birth Date | Resident Code | Room No. C 205 | Bed | Facility Code |

MEDICATION SHEET - ADMINISTRATION RECORD

L FORMS #3021 (for A03 pnnt programs)

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zoloft 100mg 1 time daily | B.fast | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | ✓ | ✓ | ✓ | | | ✓ | | ✓ | ✓ | ✓ | | | |
| Albuterol 200 2 puffs As needed every 4-hrs. | | | | | | | | | | | | | | | | | | | | ✓ | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | ✓ | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | TDL DP | CD DP | RTC DP | RTC DP | TDL DP | DP | TDL DP | RTC DP | RTC DP RTC DP | TDL DP |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | TDL DP | AB DP | AB DP | CD DP | DT ✓ | | | | TDL DP | TDL DD |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | AB DP | | | | | AB DP | | TDL DD | LT DP | LT DP | AB DP |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | BM DP | | | | | | | | | | |

| Charting For | | Through | |
|---|---|---|---|
| Physician | | Telephone No. | Medical Record No. |
| Alt. Phys. | | Alt. Telephone | |
| Aller- | | Rehabilitative Potential | |
| Diag-nosis | | | Admission Date |

| Medicaid Number | Medicare Number | Complete Entries Checked: By: | | Title: | Date: |
|---|---|---|---|---|---|

| Resident | Birth Date | Resident Code | Room No. | Bed | Facility Code |
|---|---|---|---|---|---|
| Powell, David | | | C-205 | | |

# MEDICATION SHEET - ADMINISTRATION RECORD

P & L FORMS #3021 *(for A03 print programs)*

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zoloft 100mg 1 Time Per Day | BFST | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | DP | DP | DP | DP | DP | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

|   | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

|   | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

Charting For _____ Through _____

| Physician | Telephone No. | Medical Record No. |
|---|---|---|
| Alt. Phys. | Alt. Telephone | |
| Allergies | Rehabilitative Potential | |
| Diagnosis | | Admission Date |

| Medicaid Number | Medicare Number | Complete Entries Checked: | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |

| Resident | Birth Date | Resident Code | Room No. | Bed | Facility Code |
|---|---|---|---|---|---|
| Powell, David | | | | | |

# MEDICATION SHEET - ADMINI___RATION RECORD

P & L FORMS #3021 *(for A03 print programs)*

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Naproxen 500mg 1 tab 2x day | B.fast | | | | | | | | | | | | | | | | | | | | | | | | | | | ✓ | ✓ | ✓ | |
| | Supper | | | | | | | | | | | | | | | | | | | | | | | | | | | ✓ | ✓ | ✓ | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | AM DP | AM DP | AM DP TML | DP TML | DP |
| L | | | | | | | | | | | |
| S | | | | | | | AM DP | AM DP | AM DP LT | DP LT | D |
| BT | | | | | | | | | | | |

Charting For _____  Through _____

| Physician | | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| Alt. Phys. | | Alt. Telephone | | |
| ____ies | | Rehabilitative Potential | | |
| Diagnosis | | | | Admission Date |

| Medicaid Number | Medicare Number | | Complete Entries Checked: | | |
|---|---|---|---|---|---|
| | | | By: | Title: | Date: |

| Resident | | Birth Date | Resident Code | Room No. | Bed | Facility Code |
|---|---|---|---|---|---|---|
| Powell David | | | | | | |

# MEDICATION SHEET - ADMINISTRATION RECORD

P & L FORMS #3021 (for A03 pnnt programs)

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Naproxen 500 mg. 1 tab 2 X day | B'fast | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Supper | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Codon | p'fast | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Amoxicillin | b'fast | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Supper | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | B time | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

Charting For ___ Through ___

| Physician | | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| Alt. Phys. | | Alt. Telephone | | |
| Allergies | | Rehabilitative Potential | | |
| Diagnosis | | | Admission Date | |

| Medicaid Number | Medicare Number | Complete Entries Checked: By: | Title: | Date: |
|---|---|---|---|---|
| Resident  Powell, David | | Birth Date | Resident Code  C 201 | Room No. | Bed | Facility Code |

# MEDICATION SHEET - ADMINISTRATION RECORD

P & L FORMS #3021 (for A03 print programs)

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H-Codone 1 tab every 6 hrs as Needed for pain | BFast | ✓ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | B Time | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | TBOC+ DP | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

Charting For _____ Through _____

| Physician | Telephone No. | Medical Record No. |
|---|---|---|
| Alt. Phys. | Alt. Telephone | |
| ...ler-...es | Rehabilitative Potential | |
| Diag-nosis | | Admission Date |

| Medicaid Number | Medicare Number | Complete Entries Checked: By: | | Title: | Date: |
|---|---|---|---|---|---|

| Resident | | Birth Date | Resident Code | Room No. | Bed | Facility Code |
|---|---|---|---|---|---|---|

# EXHIBIT Z
# Inmate File, Inmate Request Form
# dated June 22, 2005

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _David Powell_          CELL: _C 104_

DATE: _June/22/05_          TIME: _11:36 Am_

Please check one of the following:

__✓__Medical      _____Commissary      __✓__Grievance      _____Other

Briefly state your request or list your commissary items below"

_I ASK To SEE A Docter OVER A MONTH AGO, ABOUT THE NUMBNESS + PAIN IN MY ARM + SHoulDER + NECK._
_I ASK To SEE A DENTIST AlSO WhICh himSelf SAID ThAT I NEED To Come BAck To EXEANtEon other Teeths,_
_I ASK To SEE A Docter FOR MY ANtI-Depression MEDICATioN._

Inmate's signature _David Q Powell_

Do not write below—for reply only

_You WERE TAKEN TO DENTIST 6/2/05 AND WILL RETURN FOR ADDITIONAL EXTRACTIONS_

_You WERE TAKEN TO THE DOCTOR 5/26/05 - AT THAT TIME THE DR. DID NOT FIND REASON TO PRESCRIBE ANTIDEPRESSANTS._

Signature of Jail Officer receiving original request:

_6/22/05_

# EXHIBIT AA
# Inmate File, Disciplinary Report

# COOSA COUNTY JAIL
# DISCIPLINARY REPORT

NAME OF INMATE: _David Powell_

DATE OF OCCURRENCE: _5/15/05_

JAILER ON DUTY: _Cpl Bradley_

INCIDENT: _Mr Powell stated "He was going to turn over the Mother fucking Lunch Cart - He did not like his lunch -_

DAMAGE TO PROPERTY (LIST ITEMS AND APPROX. VALUE)

OFFICER: _Cpl Bradly_

APPROVED BY:

LT.WILSON _____    SGT. ROBERSON _____

ACTION TAKEN: _24hrs in Holding_