# EXHIBIT BB
# The remainder of Plaintiff's Inmate File that has not been previously referenced as a separate exhibit

you under medical treatment now? ☐ ☐

_____

you ever been hospitalized for any ☑ ☐
cal operation or serious illness?

when and for what :

_____

_____

ou taking any medication(s) ☐ ☐
sing non-prescription medicine?

_____

_____

4. Are you allergic to any medications or drugs? ☐ ☐

st all medications or drugs you are allergic to:

_____

_____

_____

5. Do you use tobacco? ☐ ☑

6. Do you use alcohol? ☐ ☑

7. WOMEN ONLY:                                  YES    NO
   a) Are you pregnant or think you may be pregnant? ☐ ☐
   b) Are you nursing? ☐ ☐
   c) Are you taking birth control pills? ☐ ☐

8. B/P_____

u have or have you had any of the following?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| High Blood Pressure | ☐ | ☐ | Diabetes | ☐ | ☐ |
| Heart Disease | ☐ | ☐ | AIDS or HIV Infection | ☐ | ☐ |
| Chest Pains | ☐ | ☐ | Thyroid Problem | ☐ | ☐ |
| Heart Attack | ☐ | ☐ | Anemia/Free Bleeder | ☐ | ☐ |
| Cardiac Pacemaker | ☐ | ☐ | Arthritis | ☐ | ☐ |
| Rheumatic Fever | ☐ | ☐ | Joint Replacement or Implant | ☐ | ☐ |
| Heart Murmur | ☐ | ☐ | Hepatitis / Jaundice | ☐ | ☐ |
| Stroke | ☐ | ☐ | Stomach Troubles / Ulcers | ☐ | ☐ |
| Asthma | ☐ | ☐ | Sexually Transmitted Disease | ☐ | ☐ |
| Emphysema | ☐ | ☐ | Cancer | ☐ | ☐ |
| Tuberculosis | ☐ | ☐ | Kidney Problems | ☐ | ☐ |
| Fainting / Seizures | ☐ | ☐ | Other _____ | | |
| Epilepsy / Convulsions | | | | | |
| Leukemia | | | | | |

COMMENTS

_____

_____

_____

_____

_____

_____

_____

Signature of Dentist                    Date

|  | YES | NO |  |  | YES | NO |
|---|---|---|---|---|---|---|
| have any sores or lumps in or near your mouth? | ☐ | ☐ | 12. | Have you ever had any difficult extractions in the past? | ☐ | ☑ |
| ou had any head, neck or jaw injuries? | ☑ | ☐ | 13. | Have you ever had prolonged bleeding following extractions? | ☐ | ☐ |
| ou had braces? | ☐ | ☐ | | | | |

I certify that I have read and understand the above information. To the best of my knowledge, the above questions have been accurately answered.
I understand that providing incorrect information can be dangerous to my health. I authorize Dr. Natali
to furnish information to insurance carriers concerning my treatment and I assign to the dentist all payments for dental services rendered. I understand that I am responsible for any amount not covered by insurance.

ATURE  X _____
              PATIENT, PARENT OR GUARDIAN

_____
              DATE

Powell, David

# DISABILITY CERTIFICATE

**PRICARE, P.A.**



44 ALIANT PARKWAY
P.O. BOX 789
ALEXANDER CITY, AL 35011
Telephone (256) 234-4131

Date **5 25 05**

This is to certify that

**David Powell**

has been under my professional care and was totally

incapacitated from **5.25.05** to **6.15.05**

As of this date he/she is
- ☐ Still unable to return to work/school
- ☐ Sufficiently recovered to resume a
  normal workload
- ☐ Sufficiently recovered to return to
  work/school with the following limitations:

**allow to rest in cell**
**prn x 3 wks**

Dr. **Roach /ag**

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _Alvin Powell_     CELL: _C-201_

DATE: _5/06/05_     TIME: _7:38 pm_

Please check one of the following:

_____Medical     _____Commissary     _____Grievance     _✓_Other

Briefly state your request or list your commissary items below"

_give my wallet to family who come to get item Car keys, Cell phone._

_Thank you_

Inmate's signature _Alvin Powell_

Do not write below—for reply only

**Signature of Jail Officer receiving original request:**

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID  POWELL_   CELL: _C-201_

DATE: _5/6/05_   TIME: _7:30 AM_

Please check one of the following:

_✓_Medical   _____Commissary   _____Grievance   _____Other

Briefly state your request or list your commissary items below"

_I NEED to go to the Doctor my Back_
_+ Shoulder is hurt. Also my NERVE This mean I_
_Precibm. For my medine_

_Thank you_

Inmate's signature _David C Powell_

Do not write below—for reply only

_Will Make Appoint_

**Signature of Jail Officer receiving original request:**

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID POWELL_    CELL: _C201_

DATE: _5/10/05_    TIME: _7:00 PM_

Please check one of the following:

_____Medical    _____Commissary    _____Grievance    __✓__Other

====================================================

Briefly state your request or list your commissary items below"

_I HAVE BEEN A COOK FOR 15 YRS + Laundry_
_I NEED A JOB AS A ~~the~~ TRUSTEE._

_Thank you_
_David Powell_

Inmate's signature_____

Do not write below—for reply only

_NOTED_

**Signature of Jail Officer receiving original request:**

_5/13/05_

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID  POWELL_          CELL: _C-201_

DATE: _5/10/05_          TIME: _7:00 pm_

Please check one of the following:

___✓___Medical    _____Commissary    _____Grievance    _____Other

Briefly state your request or list your commissary items below"

_I ~~need~~ NEED TO go TO THE dentist_
_For THE Toothache! :)_

_Thank you_

Inmate's signature _David Powell_

Do not write below—for reply only

_5-25-05    1300    Coosa Co Family Dentistry_

**Signature of Jail Officer receiving original request:**

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

_1ST_

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _David Powell_          CELL: _C-201_

DATE: _5/13/05_               TIME: _3:45 pm_

Please check one of the following:

_____ Medical   _____ Commissary   _____ Grievance   _✓_ Other

Briefly state your request or list your commissary items below"

_I need to go to the law library   Thank you_

_David Powell_

Inmate's signature _David Powell_

Do not write below—for reply only

_You do not have that Privilidge Per US Supreme Court Ruling_

**Signature of Jail Officer receiving original request:**

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: DAVID POWELL          CELL: C 201

DATE: 5/18/05          TIME: 12:25 pm

Please check one of the following:

_____Medical     _____Commissary     _____Grievance     ✓ Other

Briefly state your request or list your commissary items below"

I NEED FOR SOMEONE TO LET ME KNOW ABOUT CASH ON THE BOOK $224.00 5/10/2005. AFTER THE 10 OF MAY MY SON PUT $200.00 CASH ON THE BOOK.

I NEED TO GET ~~THIS~~ THIS VERVFIE.

Inmate's signature David Powell

Do not write below—for reply only

$300 is on your Books

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID L. POWELL_ CELL: _C-201_

DATE: _5/23/05_ TIME: _12:39 pm_

Please check one of the following:

_____Medical _____Commissary _____Grievance _✓_Other

Briefly state your request or list your commissary items below"

_SHERIFF OWENS I NEED TO SPEAK TO ABOUT_
_2 minutes_

_Thank you_

Inmate's signature _David Powell_

Do not write below—for reply only

_Sheriff advised_

Signature of Jail Officer receiving original request:

_JR_
_5/25/05_

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID POWELL_ CELL: _C-201_

DATE: _05/23/05_ TIME: _2:00pm_

Please check one of the following:

_____Medical _____Commissary _____Grievance _✓_Other

Briefly state your request or list your commissary items below"

_IS ANY WAY THAT I CAN BE TRUSTEE. Thank you_

Inmate's signature _David Powell_

Do not write below—for reply only

_Noted_

**Signature of Jail Officer receiving original request:**

_NE_
_5/25/05_

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

2

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID POWELL_ CELL: _C-201_

DATE: _5/23/05_ TIME: _12:26 pm_

Please check one of the following:

_✓_Medical      _____Commissary      _____Grievance      _____Other

Briefly state your request or list your commissary items below"

_I NEED TO goTo THE DENTIST,_
_FOR TOOTHACE._

_Thank you_

Inmate's signature _David Powell_

Do not write below—for reply only

_APPT MADE_

_2255_

**Signature of Jail Officer receiving original request:**

# CLOSA COUNTY JAIL
# INMATE REQUEST FORM

2

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID POWELL_    CELL: _C-201_

DATE: _5/23/05_    TIME: _12:23 pm_

Please check one of the following:

_✓_ Medical    ____ Commissary    ____ Grievance    ____ Other

Briefly state your request or list your commissary items below"

_I NEED TO go to THE DoCtOR._
_For NECK + BACK pAIN._

_Thank you_

Inmate's signature _David Powell_

Do not write below—for reply only

_AppT MADe_
_2255_

**Signature of Jail Officer receiving original request:**

# C_OSA COUNTY J__L
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVIN POWELL_          CELL: _C-201_

DATE: _5/27/05_          TIME: _8:05 AM_

Please check one of the following:

___✓__Medical          _____Commissary          _____Grievance          _____Other

Briefly state your request or list your commissary items below"

The Doctor said that he gave me
prescript for depess/pain ;
Zoloft (Napexen) But where
I got it / my other medicine.

I WANT TO SEE the prescript that
was written for me or NEED to
go a Doctor and get medicine my depess.
_____ my BED REST WAS NOT limit.

Inmate's signature _David Powell_

Do not write below—for reply only

Signature of Jail Officer receiving original request:

# C OSA COUNTY J L
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID POWELL_          CELL: _C-201_

DATE: _5/31/05_          TIME: _7:16 AM_

Please check one of the following:

_____Medical    _____Commissary    _____Grievance    __✓__Other

Briefly state your request or list your commissary items below"

_I Would like ONE minute_
_TO SPEAK TO you SHERIFF OWENS_
_SINCEly_
_Thank you._

Inmate's signature _David Powell_

Do not write below—for reply only

_Sheriff notified_

**Signature of Jail Officer receiving original request:**

_6/1/05_

# C_OSA COUNTY J_ _L
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID L. POWELL_          CELL: _C-201_

DATE: _6/01/05_          TIME: _1:30pm_

Please check one of the following:

_____Medical       _____Commissary       _____Grievance       __✓__Other

Briefly state your request or list your commissary items below"

_I NEED TO SPEAK TO you SHERIFF OWENS._
_you said you was going to CALL ME UP-_
_FRONT WHEN WE WAS COURT. David Powell_

_THANK you._

Inmate's signature _David Powell_

Do not write below—for reply only

_NOTO_
_MS_

**Signature of Jail Officer receiving original request:**

# CHOOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _David Powell_ CELL: _C-201_

DATE: _6/05/05_ TIME: _7:15 AM_

Please check one of the following:

_✓_Medical _____Commissary _____Grievance _____Other

Briefly state your request or list your commissary items below"

_I need my Anti depression medi-_
_cation (Zoloft)_
_thank you_

Inmate's signature _David Powell_

Do not write below—for reply only

_Previous medical appointment did not_
_determine a need for depression_
_medication)_

**Signature of Jail Officer receiving original request:**

_6/7/05_

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID POWELL_ CELL: _C-701_

DATE: _6/07/05_ TIME: _8:55 AM_

Please check one of the following:

__✓__Medical _____Commissary _____Grievance _____Other

Briefly state your request or list your commissary items below"

_I'm still have NUMBNESS IN Right ARm And pAiN iN my Shoulder I NEED TO SEE A Doctor. Thank you_

Inmate's signature _David Powell_

Do not write below—for reply only

_NoTed_
_will make Appt_

**Signature of Jail Officer receiving original request:**

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: *David Powell*          CELL: *C-201*

DATE: *6/9/05*          TIME: *5:51 AM*

Please check one of the following:

_____Medical     _____Commissary     _____Grievance     __✓__Other

===========================================================

Briefly state your request or list your commissary items below"

*YES I WANT TO APPEAL DIETARY. Sgt. Roberson -*

===========================================================

Inmate's signature *David Powell*

Do not write below—for reply only

*Noted- appeal hearing will be held Monday 6/13/05*

===========================================================

**Signature of Jail Officer receiving original request:**

*Advised    6-9-05    TDL*

*6/9/05*

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _David Powell_ CELL: _C-201_

DATE: _6/9/05_ TIME: _7:55pm_

Please check one of the following:

___✓_Medical       _____Commissary       _____Grievance       _____Other

Briefly state your request or list your commissary items below"

I have Troubles Control Things
I need my Medication for Anti-
Depression Zoloft. it getting hard
to stay Fouge.

Inmate's signature _David Powell_

Do not write below—for reply only

Noted

2285

**Signature of Jail Officer receiving original request:**

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID POWELL_       CELL: _C-201_

DATE: _6/14/05_           TIME: _8:15 pm_

Please check one of the following:

___✓___Medical      _____Commissary      _____Grievance      _____Other

Briefly state your request or list your commissary items below"

_I have finish take my antibiotic the dentist prescript so he could finish extraction my teeths. Also Doctor Amy Bennett prescript antibotic so I could get thems extraction in Dec 2004 I paid for._

Inmate's signature _David Powell_

Do not write below—for reply only

_Dental appt. has been scheduled_

**Signature of Jail Officer receiving original request:**

_6/16/05_

# COOK A COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _David Powell_   CELL: _C-201_

DATE: _6/20/_   TIME: _10:40 AM_

Please check one of the following:

_____Medical   _____Commissary   _____Grievance   _✓_Other

Briefly state your request or list your commissary items below"

_MR. Jefferly Wood I need my time
sheet, so I can see if have did
enough time to get parole start,
so I can get home to my family._

_Thank you._

Inmate's signature _David Powell_

Do not write below—for reply only

Signature of Jail Officer receiving original request:

# COOK A COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _Davin Powell_     CELL: _C-201_

DATE: _6/20/05_     TIME: _10:22 Am_

Please check one of the following:

_✓_ Medical     ____Commissary     ____Grievance     ____Other

Briefly state your request or list your commissary items below"

_My knees huat going up and down_
_stair I want to be move to cell 104_
_Bottom bunk and alone._

Inmate's signature _David Lee Powell_

Do not write below—for reply only

_Noted_

_AH_

**Signature of Jail Officer receiving original request:**

# COOS COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: *DAVID POWELL*     CELL: *C-104*

DATE: *6/24/05*     TIME: *6:05 AM*

Please check one of the following:

_____Medical     _____Commissary     ✓ Grievance     _____Other

Briefly state your request or list your commissary items below"

*I LIKE TO KNOW WHY THERE IS A JAIL BLOCK ON MY PHONE. THE PHONE CO Said ThAT SHERiff DEPARTMENT goT A Block THE PHONE.*

Inmate's signature *David Powell*

Do not write below—for reply only

*The Jail does not Put Blocks on Phones — Grievo Phone Service Guide From Evercom —*

*AB 6/24/05*

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID L POWELL_   CELL: _204 C_

DATE: _8 2 8_   TIME: _11:15_

Please check one of the following:

_____ Medical   _____ Commissary   _____ Grievance   _✓_ Other

Briefly state your request or list your commissary items below"

① RELEASE MY PERSEON PROP
STUFF TO MARTEA POWELL
KEY / WALLET / CELL Phone DAILY plan /
NOT CLOTHES +
SHOES

Inmate's signature _David L Powell_

Do not write below—for reply only

_Property Released_

Signature of Jail Officer receiving original request: _JPD_

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _Leon Powell_      CELL: _C-204_

DATE: _9/13/04_      TIME: _6:58_

Please check one of the following:

_✓_ Medical     _____ Commissary     _____ Grievance     _____ Other

Briefly state your request or list your commissary items below"

_I need to go ~~~~ to the Dr. because my back and knee are hurting bad_

Inmate's signature _Leon Powell_

Do not write below—for reply only

_Nurse see Cindy Dr_

_9/14/04_

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _Deon Powell_____ CELL: _C-204_

DATE: _9/17/04_____ TIME: _8:30 pm_

Please check one of the following:

_____Medical    _____Commissary    _____Grievance    _✓_Other

Briefly state your request or list your commissary items below"

_Release my keys to master Powell._

_____

_____

_____

_____

_____

_____

Inmate's signature _Deon Powell_

Do not write below—for reply only

_Keys Given to Baker_

_9/19/04 AB_

**Signature of Jail Officer receiving original request:**

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _David Powell_____ CELL: _C-204_

DATE: _2/18/04_____ TIME: _7 55 pm_

Please check one of the following:

___✓Medical    ____Commissary    __✓Grievance    ____Other

Briefly state your request or list your commissary items below"

_I feel that this jail staff is bais aginst the sheriff officers & I want to be move to another jail or another detainment center in Alabama beaside Coosa co. Thank you!_

Inmate's signature _David Powell_

Do not write below—for reply only

_NOTED_

Signature of Jail Officer receiving original request:

_2/20/04_

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _Larry Powell_ CELL: _____

DATE: _____ TIME: _____

Please check one of the following:

___Medical    ___Commissary    ___Grievance    ___Other

Briefly state your request or list your commissary items below"

_____ to go to doctor for
pain in my neck + back. Merle. This my
second request to see a doctor!
_____ about 9 PM
_____
_____ for me?

Inmate's signature _Larry Powell_

Do not write below—for reply only

_Will made you a Dr. Appt_

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID POWELL_          CELL: _C-201_

DATE: _9/24/04_          TIME: _9:00 AM_

Please check one of the following:

_✓_ Medical     ____ Commissary     _✓_ Grievance     ____ Other

Briefly state your request or list your commissary items below"

_I NEED to go to the DEnetist to Exant some theeth that hurting. And go to the Doctor for my medicine for my nerve + my Back + KNEE._

_Thank you_

Inmate's signature _David Powell_

Do not write below—for reply only

_appt to be made_

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID POWELL_ CELL: _C-201_

DATE: _9/25/04_ TIME: _7:34_

Please check one of the following:

_____Medical      _____Commissary      _✓_Grievance      _____Other

Briefly state your request or list your commissary items below"

_MY WHITE IS "LUNDRY BAG WITH 3000 D.P. ON IT. SHIRT & T-Shirt SOCK. I FEEL that IF YOU HLL GO NOT GET THEM, PAV ME FOR THEM MOVE ME ~~____~~ TO SOME OTHER DETENTION CENTER IN ALABAMA. IF YOU IS SO EVIL + BAD TO TAKE A CLOTHES LIKE THIS, GOD KNOW WHO YOU ARE._

Inmate's signature _David Powell_

Do not write below—for reply only

_Clothes found + Returned._

_TG_

**Signature of Jail Officer receiving original request:**

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _David Powell_____ CELL: _C-201_

DATE: _9/25/04_____ TIME: _7:10_

Please check one of the following:

_____Medical    _____Commissary    _____Grievance    __✓__Other

Briefly state your request or list your commissary items below"

_Release $100.00 to David Bozeman_
_+ Check Book to him David Bozeman_

Inmate's signature _David Powell_

Do not write below—for reply only

_CK #2978 for $100.00_

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _David Powell_    CELL: _C-201_

DATE: _9/28/04_    TIME: _6:28 AM_

Please check one of the following:

_____Medical    _____Commissary    _✓_Grievance    _____Other

Briefly state your request or list your commissary items below"

_I Need to be Move to 205 Cell
Bottom Bunk (ASP) Because of Nerve
By Myself until Full of Imates.
Thank you
David Powell_

Inmate's signature _David Powell_

Do not write below—for reply only

_DENIED_

_9/28/04_

**Signature of Jail Officer receiving original request:**

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _David Powell_    CELL: _C-205_

DATE: _9/29/04_    TIME: _11:00_

Please check one of the following:

_____Medical    _✓_Commissary    _✓_Grievance    _____Other    *BAIS*

Briefly state your request or list your commissary items below"

_I ASK THAT STORE CALL FORM_
_TO BE SEND to ME. But didn't_
_GET my stuff to to, BAIS By_
_Wendy Robinson I WANT AUST_
_Other Inmates GOT THEY ORDER_
_NO EXCUSE ! David Powell_

Inmate's signature _David Powell_

Do not write below—for reply only

_Noted_

Signature of Jail Officer receiving original request:

_JR 10/8/04_

```
  140
  140
  282
  140
  420
  140
  160
  400
  200
 13.20
 10.00
  400
 27.20
  800
 29.20
  370
  250
  125
$36.65
```

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: DAVID POWELL          CELL: C-205

DATE: 0/0/01/04          TIME: 8:59

Please check one of the following:

✓ Medical     _____ Commissary     ✓ Grievance     _____ Other

Briefly state your request or list your commissary items below (6:30am)(7:30am)(8:48am)
I ASK For my          THREE Times still have
Not Receive it. (EP)

OCT 28/04 today is    Nov. 1/04 ASK medcine on
Receive it. David Powell thank you.

was put in hole for 23 HRS. 57 minutes for
staff tell fake information to head staff.
in octember 04.

Inmate's signature David Powell

Do not write below—for reply only

Noted

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID POWELL_ CELL: _C-205_

DATE: _10/20/04_ TIME: _3:44_

Please check one of the following:

_____Medical _____Commissary _____Grievance __✓__Other

Briefly state your request or list your commissary items below"

_LET MY SON HAVE $120.00 FORM_
_THE BOOK + SEND ME A ROL._
_DAVID BOZEMAN_
_Thank you_

Inmate's signature _David Powell_

Do not write below—for reply only

_Ck# 2987 for 120.00 to David Bozeman_
_on 10/21/04_
_AB_

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID POWELL_        CELL: _C-205_

DATE: _11/10/04_        TIME: _9:10 AM_

Please check one of the following:

_____Medical    _X_Commissary    _____Grievance    _✓_Other

Briefly state your request or list your commissary items below"

_NEED A BALANCE OF my Account on Book._

Inmate's signature _David Powell_

Do not write below—for reply only

_$48.55 as of 11/12/04 A.M._

Signature of Jail Officer receiving original request:

_11/12/04_

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID POWELL_          CELL: _C-205_

DATE: _11/8/04_          TIME: _7:06 AM_

Please check one of the following:

___✓___ Medical      _____ Commissary      _____ Grievance      _____ Other

Briefly state your request or list your commissary items below"

_I HAVE ~~the~~ TEETHACE AND NEED TO EXACTING The TEETh it Cutting my Touge when i Chew + Eating drinking. I need to go to The DeNists A.S.D THANK you._

Inmate's signature _David Powell_

Do not write below—for reply only

_Will schedule dental appt. TAB_

**Signature of Jail Officer receiving original request:**

_11/22/04_

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID POWELL_          CELL: _C-205_

DATE: _11/20/04_          TIME: _9:35_

Please check one of the following:

_____Medical     _____Commissary     _____Grievance     _✓_Other

================================================================

Briefly state your request or list your commissary items below"

_LET VICKEY JACKSON HAVE LELAND JACKSON INK CARD._

Inmate's signature _David Powell_

================================================================

Do not write below—for reply only

_Card picked up by Vicky Jackson 11-20-04 TDC_

_Vicky Jackson_

**Signature of Jail Officer receiving original request:**

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _David Powell_    CELL: _C-205_

DATE: _11/24/04_    TIME: _10:20_

Please check one of the following:

_✓_ Medical    _____ Commissary    _____ Grievance    _____ Other

Briefly state your request or list your commissary items below"

_I NEED ORAGEL FOR TOOTHACE PAIN._

_Thank you._

Inmate's signature _David Powell_

Do not write below—for reply only

_NOTED_

**Signature of Jail Officer receiving original request:**

_11/24/04_

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID POWELL_    CELL: _C-205_

DATE: _12/13/04_    TIME: _1545 p.m_

Please check one of the following:

__✓_Medical    _____Commissary    _____Grievance    _____Other

Briefly state your request or list your commissary items below"

I'm out of my medicine that I need. I Notify staff five days before i gave out still do not have any gave out 12/07/04

Thank you

David Powell

Inmate's signature _David Powell_

Do not write below—for reply only

Taken to Dr 12/16/04

**Signature of Jail Officer receiving original request:**

TWB 12/16/04

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID POWELL_ CELL: _205_

DATE: _12/13/04_   TIME: _10:00_

Please check one of the following:

_____Medical  _____Commissary  _____Grievance  _✓_Other

Briefly state your request or list your commissary items below"

_I NEED to go to DENTIST FOR REMOVE TEETHS + PANT Parole_

_David Powell_

Inmate's signature _____

Do not write below—for reply only

_Schedule Dentist Appt_

**Signature of Jail Officer receiving original request:**

_TAB   12/13/04_

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID POWELL_          CELL: _C-205_

DATE: _12/16/04_          TIME: _3:00 pm_

Please check one of the following:

_____ Medical     _____ Commissary     _____ Grievance     _✓_ Other

Briefly state your request or list your commissary items below"

_I NEED TO MAKE A phone Call to The phone COMPANY CENTEL OR EVERCOM TO REMOVE THE BLOCK OFF my home. They Told my Family Tim The who can CALL and do it._

_Thank you_

_David Powell_

Inmate's signature _David Powell_

Do not write below—for reply only

_Advised_

Signature of Jail Officer receiving original request:

_TAB    12/27/04_

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID POWELL_     CELL: _C-205_

DATE: _12/16/04_     TIME: _8:00 AM_

Please check one of the following:

_____Medical     _____Commissary     _✓_Grievance     _____Other

Briefly state your request or list your commissary items below"

_SECTION-13_
_SECTION-13.1_

_I SEND OUT REQUEST FORMS TO_
_SEE DENTIST + DOCTOR + ABOUT MY MED_
_iCiNE I GOT NO RESPONSE FROM_
_JAIL STAFF._
_THANK YOU_

Inmate's signature _David Powell_

Do not write below—for reply only

_Going Today_     _12/16/04_

Signature of Jail Officer receiving original request: _____

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID POWELL_     CELL: _C-205_

DATE: _12/23/04_     TIME: _8:10 PM_

Please check one of the following:

_____ Medical     _____ Commissary     _____ Grievance    _✓_ Other

Briefly state your request or list your commissary items below"

_I would like a position as a_
_Justice._

_Thank you._

Inmate's signature _David Powell_

Do not write below—for reply only

_Noted_ _12/24/04_

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID POWELL_ CELL: _C-205_

DATE: _12/28/04_ TIME: _~~12/28/04~~ 7:26AM_

Please check one of the following:

_✓_ Medical _____ Commissary _____ Grievance _✗_ Other

Briefly state your request or list your commissary items below"

_I NEED TO GO TO THE DENTIST._
_I HAVE TOOK ALL my ANTIBIOTIC Two_
_DAYS AGO._
            _Thank you_

Inmate's signature _David Powell_

Do not write below—for reply only

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID POWELL_    CELL: _C-205_

DATE: _12/29/04_    TIME: _7:20 AM_

Please check one of the following:

_✓_ Medical    _____ Commissary    _____ Grievance    _____ Other

Briefly state your request or list your commissary items below"

_I NEED Somemore PAIN Medicine_

_NAPROXEN 500 MR TAB._

_THANK YOU._

Inmate's signature _David Powell_

Do not write below—for reply only

Signature of Jail Officer receiving original request:

```
                        COOSA COUNTY SHERIFF'S OFFICE
06/03/2004      14:39:05    MEDICAL SCREENING FORM                    PAGE 1
=================================================================================
Booking No: 040000305   Date: 06/03/2004   Time: 14:23   Type: NORMAL
Agency to Bill: COOSA COUNTY              Facility: COUNTY JAIL

Inmate Name: POWELL DAVID LEE                    Race: B        Sex: M
     DOB: 01/07/1957 Age:  47  SSN:            Height: 6'00"  Weight: 150
--------------------------------------------------------------------------------
```

__N__  1.  Is inmate unconscious?

__N__  2.  Does inmate have any visible signs of trauma, illness, obvious pain
           and bleeding, requiring immediate emergency or doctor's care?

__N__  3.  Is there obvious fever, swollen lymph nodes, jaundice or other
           evidence of infection that might spread through the facility?

__N__  4.  Any signs of poor skin condition, vermin, rashes or needle marks?

__N__  5.  Does inmate appear to be under the influence of drugs or alcohol?

__N__  6.  Any visible signs of alcohol or drug withdrawal?

__N__  7.  Does inmate's behavior suggest the risk of suicide or assault?

__N__  8.  Is inmate carrying any medication?

__N__  9.  Does the inmate have any physical deformities?

__N__  10. Does inmate appear to have psychiatric problems?

       11. Do you have or have you ever had or has anyone in your family
           ever had any of the following?

____ a. Allergies        ____ f. Fainting Spells        ____ k. Seizures

__✓_ b. Arthritis        __✓_ g. Hearing Condition      ____ l. Tuberculosis

__✓_ c. Asthma           ____ h. Hepatitis              ____ m. Ulcers

____ d. Diabetes         ____ i. High Blood Pressure    ____ n. Venereal Disease

____ e. Epilepsy         __✓_ j. Psychiatric Disorder   ____ o. Other (Specify)

Other:  _____

        _____

        _____


       12. For females only:

           ____ a. Are you pregnant?

           ____ b. Do you take birth control pills?

           ____ c. Have you recently delivered?

```
                    COOSA COUNTY SHERIFF'S OFFICE
06/03/2004    14:39:05    MEDICAL SCREENING FORM
================================================================    PAGE 2
================================================================
Booking No: 040000305  Date: 06/03/2004  Time: 14:23  Type: NORMAL
Agency to Bill: COOSA COUNTY          Facility: COUNTY JAIL

Inmate Name: POWELL DAVID LEE                  Race: B        Sex: M
     DOB: 01/07/1957 Age:  47  SSN:       Height: 6'00"  Weight: 150
----------------------------------------------------------------
```

_N_ 13. Have you recently been hospitalized or treated by a doctor?

_N_ 14. Do you currently take any non-prescription medication or medication prescribed by a doctor?

_N_ 15. Are you allergic to any medication?

_Y_ 16. Do you have any handicaps or conditions that limit activity?

_N_ 17. Have you ever attempted suicide or are you thinking about it now?

_Y_ 18. Do you regularly use alcohol or street drugs?

_N_ 19. Do you have any problems when you stop drinking or using drugs?

_N_ 20. Do you have a special diet prescribed by a physician?

_Y_ 21. Do you have any problems or pain with your teeth?

_____ 22. Do you have any other medical problems we should know about?

_____

_____

_____

_____

_____

_____

_____

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: _David Powell_    DATE: _____    TIME: _____

COOK OFFICER: _____    DATE: _6-3-04_    TIME: _14:46_

```
                        COOSA COUNTY SHERIFF'S OFFICE
06/23/2004      02:16:50   MEDICAL SCREENING FORM              PAGE 1
================================================================================
Booking No: 040000344  Date: 06/23/2004  Time: 02:11   Type: NORMAL
Agency to Bill: COOSA COUNTY           Facility: COUNTY JAIL

Inmate Name: POWELL DAVID LEE                    Race: B        Sex: M
        DOB: 01/07/1957 Age:  47  SSN:        Height: 6'00"  Weight: 150
--------------------------------------------------------------------------------
```

_____    1.  Is inmate unconscious?

_____    2.  Does inmate have any visible signs of trauma, illness, obvious pain
               and bleeding, requiring immediate emergency or doctor's care?

_____    3.  Is there obvious fever, swollen lymph nodes, jaundice or other
               evidence of infection that might spread through the facility?

_____    4.  Any signs of poor skin condition, vermin, rashes or needle marks?

_____    5.  Does inmate appear to be under the influence of drugs or alcohol?

_____    6.  Any visible signs of alcohol or drug withdrawal?

_____    7.  Does inmate's behavior suggest the risk of suicide or assault?

_____    8.  Is inmate carrying any medication?

_____    9.  Does the inmate have any physical deformities?

_____   10.  Does inmate appear to have psychiatric problems?

          11.  Do you have or have you ever had or has anyone in your family
               ever had any of the following?

_N_ a. Allergies      _N_ f. Fainting Spells      _N_ k. Seizures

_Y_ b. Arthritis      _Y_ g. Hearing Condition         l. Tuberculosis

_Y_ c. Asthma         _N_ h. Hepatitis                 m. Ulcers

_N_ d. Diabetes       _N_ i. High Blood Pressure       n. Venereal Disease

_N_ e. Epilepsy       _N_ j. Psychiatric Disorder      o. Other (Specify)

Other: _____

       _____

       _____


          12.  For females only:

               _____ a. Are you pregnant?

               _____ b. Do you take birth control pills?

               _____ c. Have you recently delivered?

```
                         COOSA COUNTY SHERIFF'S OFFICE
06/23/2004      02:16:50    MEDICAL SCREENING FORM              PAGE 2
======================================================================
Booking No: 040000344  Date: 06/23/2004  Time: 02:11  Type: NORMAL
Agency to Bill: COOSA COUNTY           Facility: COUNTY JAIL

Inmate Name: POWELL DAVID LEE                    Race: B        Sex: M
    DOB: 01/07/1957 Age:  47  SSN:         Height: 6'00"  Weight: 150
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

**N** 13. Have you recently been hospitalized or treated by a doctor?

14. Do you currently take any non-prescription medication or medication prescribed by a doctor?

15. Are you allergic to any medication?

**Y** 16. Do you have any handicaps or conditions that limit activity?

**N** 17. Have you ever attempted suicide or are you thinking about it now?

**Y** 18. Do you regularly use alcohol or street drugs?

**N** 19. Do you have any problems when you stop drinking or using drugs?

**N** 20. Do you have a special diet prescribed by a physician?

**Y** 21. Do you have any problems or pain with your teeth?

**N** 22. Do you have any other medical problems we should know about?

_____

_____

_____

_____

_____

_____

_____

_____

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: _David Powell_____    DATE: _____   TIME: _____

BOOK OFFICER: _Dawayne C. Harris____   DATE: _6-23-04____   TIME: _____

```
                          COOSA COUNTY SHERIFF'S OFFICE
08/25/2004    13:32:18      MEDICAL SCREENING FORM                    PAGE 1
===============================================================================
Booking No: 040000451  Date: 08/25/2004  Time: 13:02  Type: NORMAL
Agency to Bill: COOSA COUNTY              Facility: COUNTY JAIL

Inmate Name: POWELL DAVID LEE                   Race: B        Sex: M
     DOB: 01/07/1957 Age:  47  SSN:       Height: 6'00"  Weight: 150
-------------------------------------------------------------------------------
```

_____ N  1.  Is inmate unconscious?

_____    2.  Does inmate have any visible signs of trauma, illness, obvious pain
             and bleeding, requiring immediate emergency or doctor's care?

_____    3.  Is there obvious fever, swollen lymph nodes, jaundice or other
             evidence of infection that might spread through the facility?

_____    4.  Any signs of poor skin condition, vermin, rashes or needle marks?

_____    5.  Does inmate appear to be under the influence of drugs or alcohol?

_____    6.  Any visible signs of alcohol or drug withdrawal?

_____    7.  Does inmate's behavior suggest the risk of suicide or assault?

_____    8.  Is inmate carrying any medication?

_____    9.  Does the inmate have any physical deformities?

_____   10.  Does inmate appear to have psychiatric problems?

        11.  Do you have or have you ever had or has anyone in your family
             ever had any of the following?

_N_  a. Allergies       _N_  f. Fainting Spells    _N_  k. Seizures

_____ b. Arthritis      _N_  g. Hearing Condition  _✓_  l. Tuberculosis

_____ c. Asthma         _N_  h. Hepatitis          _N_  m. Ulcers

_____ d. Diabetes       _N_  i. High Blood Pressure _N_ n. Venereal Disease

_____ e. Epilepsy       _\_  j. Psychiatric Disorder _✓_ o. Other (Specify)

Other: _____

       _____

       _____


12.  For females only:

     _____ a. Are you pregnant?

     _____ b. Do you take birth control pills?

     _____ c. Have you recently delivered?

```
08/25/2004      13:32:18     COOSA COUNTY SHERIFF'S OFFICE
                              MEDICAL SCREENING FORM
=========================================================================
                                                              PAGE 2
Booking No: 040000451    Date: 08/25/2004   Time: 13:02   Type: NORMAL
Agency to Bill: COOSA COUNTY              Facility: COUNTY JAIL

Inmate Name: POWELL DAVID LEE
      DOB: 01/07/1957 Age:  47  SSN:              Race: B        Sex: M
                                                 Height: 6'00"  Weight: 150
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**N** 13.  Have you recently been hospitalized or treated by a doctor?

**Y** 14.  Do you currently take any non-prescription medication or medication
           prescribed by a doctor? *Nerve pills And other meds*

**N** 15.  Are you allergic to any medication?

**Y** 16.  Do you have any handicaps or conditions that limit activity?
           *BAck Problem and legs*

**N** 17.  Have you ever attempted suicide or are you thinking about it now?

**N** 18.  Do you regularly use alcohol or street drugs?

**N** 19.  Do you have any problems when you stop drinking or using drugs?

**N** 20.  Do you have a special diet prescribed by a physician?

**Y** 21.  Do you have any problems or pain with your teeth?

**Y** 22.  Do you have any other medical problems we should know about?

_____

_____

_____

_____

_____

_____

_____

HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
UE AND ACCURATE.

MATE: _David Powell_____    DATE:_____   TIME:_____

OK OFFICER: _____          DATE:_____   TIME:_____

```
08/25/2004      13:32:18      COOSA COUNTY SHERIFF'S OFFICE
                               MEDICAL SCREENING FORM
================================================================        PAGE 3
================================================================
Booking No: 040000451   Date: 08/25/2004   Time: 13:02   Type: NORMAL
Agency to Bill: COOSA COUNTY              Facility: COUNTY JAIL

Inmate Name: POWELL DAVID LEE
     DOB: 01/07/1957 Age:  47   SSN:              Race: B        Sex: M
                                              Height: 6'00"  Weight: 150
-----------------------------------------------------------------------
```

BEDDING/HYGIENE ISSUE FORM


1) _____ *Received tumbler*   ($ 2.00 value)

2) _____ *Received pillow*   ($15.00 value)

3) _____ *Received mattress* ($30.00 value)

4) _____ *Received blanket*  ($15.00 value)

5) _____ *Received Inmate Handbook* ($5.00 value)

6) _____ *Received personal hygiene items*


*Inmates will be charged the value of each item not received back in good
condition at the time they are booked out of the Coosa County Jail.*

**NOTICE TO INMATES**

*The Coosa County Jail will charge a co-pay for any and all medical services
received through the Coosa County Jail.*

**The co-pays are:** **$10.00 - Doctor visit**   **(each)**
                  **$ 3.00 - Prescription**  **(each)**
                  **$ 7.00 - Dentist Visit** **(each extraction only)**

I HAVE READ AND UNDERSTAND THE ABOVE NOTICES REGARDING CHARGES FOR DAMAGED
PROPERTY AND MEDICAL SERVICES THAT I MAY INCCURE AT THE COOSA COUNTY JAIL.

INMATE: _David Powell_____   DATE:_____   TIME:_____

BOOK OFFICER: _C. O. Crayto_____   DATE 08-25-04   TIME:_____

# COOSA COUNTY SHERIFF'S DEPARTMENT

## COOSA COUNTY LAW ENFORCEMENT CENTER

#1 SCHOOL STREET • P. O. BOX 279 • ROCKFORD, AL. 35136-0279
(256)377-4922 • (256)377-2211
FAX (256) 377-2690

## ANSWER TO APPEAL

06/21/05

### RE: INMATE DAVID POWELL

### HEARING BOARD MEMBERS

SGT. WENDY ROBERSON                    CHIEF DEPUTY CHRIS VINSON
CPL. AL BRADLEY                        DEPUTY WILLIAM SMITH

THIS IS TO ADVISE THAT A HEARING HELD ON JUNE 21, 2005 AT 15:30HRS IN
THE JAIL ADMINISTRATOR'S OFFICE RESULTED IN THE FOLLOWING
DECISION:

IN REGARD TO A CLAIM MADE BY INMATE DAVID POWELL UPON
INCARCERATION THAT HE WAS ALLERGIC TO PEANUT BUTTER AND
COULD NOT EAT PEANUT BUTTER AND JELLY SANDWICHES AS SERVED
ON LUNCH TRAYS, THE BOARD FINDS THE FOLLOWING;

AFTER IT WAS DISCOVERED THAT INMATE DAVID POWELL WAS
CONSISTENTLY PURCHASING FOOD ITEMS CONTAINING PEANUTS OR
PEANUT BUTTER FROM THE JAIL COMMISSARY, THE JAIL ADMINISTRATOR
CHALLENGED INMATE POWELL'S CLAIM THAT HE WAS ALLERGIC TO
PEANUT BUTTER AND ORDERED THAT INMATE POWELL NO LONGER BE
PROVIDED A SUBSTITUTE FOR PEANUT BUTTER AND JELLY SANDWICHES.

INMATE POWELL APPEALED THAT DECISION RESULTING IN THE HEARING
JUNE 21, 2005.

TESTIMONY AND ARGUMENT OFFERED BY POWELL DURING THE HEARING
INCLUDED POWELL'S STATEMENT THAT HE DID NOT TELL CORRECTION
OFFICERS THAT HE WAS ALLERGIC TO PEANUT BUTTER, BUT THAT HE
COULD NOT EAT PEANUT BUTTER 8 DAYS IN A ROW. INMATE POWELL
FURTHER STATED THAT DURING HIS PREVIOUS INCARCERATION IN THE
COOSA COUNTY JAIL HE WAS SERVED A DIET OF PEANUT BUTTER AND

JELLY SANDWICHES FOR LUNCH 8 DAYS IN A ROW WHICH CAUSED HIM TO BE CONSTIPATED.

THOUGH IT IS UNDETERMINED AT THIS TIME WHETHER INMATES WERE IN FACT SERVED PEANUT BUTTER AND JELLY SANDWICHES FOR LUNCH 8 DAYS IN A ROW, IT HAS BEEN DETERMINED THROUGH TESTIMONY THAT INMATE POWELL STATED HE DID NOT FILE A COMPLAINT AT THAT TIME.

WHEN ASKED WHICH OFFICER HE ADVISED HE COULD NOT EAT PEANUT BUTTER AND JELLY SANDWICHES 8 DAYS IN A ROW TO AT THE TIME OF THIS INCARCERATION, INMATE POWELL REPLIED THAT HE COULD NOT REMEMBER WHICH OFFICER IT WAS UNLESS HE WAS IN A FEDERAL COURT.

BASED ON INMATE POWELL'S STATEMENT DURING THIS HEARING THAT HE IS NOT ALLERGIC TO PEANUT BUTTER AND HAS NO MEDICAL CONDITION THAT WOULD PREVENT HIM FROM EATING PEANUT BUTTER, IT IS THIS BOARD'S DECISION THAT INMATE POWELL'S FOOD TRAYS WILL NOT BE SUBSTITUED WHEN PEANUT BUTTER AND JELLY SANDWICHES ARE SERVED.

SGT. WENDY ROBERSON

CHIEF DEPUTY CHRIS VINSON

CPL. AL BRADLEY

DEPUTY WILLIAM SMITH

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION    *(NEED A COPY! E.Z.P)*

NAME: _DAVID POWELL_    CELL: _C-104_

DATE: _6/26/05_    TIME: _4:40 AM_

Please check one of the following:

_____Medical    _____Commissary    ✓ Grievance    _____Other

Briefly state your request or list your commissary items below"

I have file a lawsuit against the sheriff department. I'm also files complaint because I feel that you all are retaliate against me by refuse me medical care that I need. Also I ask to be in a cell alone because of the permission problem with no medication. There are five other cell with one person in them, but first person back in you all put in my cell. I need to go to a legal lac library

Inmate's signature _David Powell_

Do not write below—for reply only

YOU ARE NOT BEING DENIED MEDICAL ATTENTION. YOU HAVE ALREADY BEEN TREATED BY A DENTIST AND A DOCTOR WITH ADDITIONAL APPOINTMENTS FORTHCOMING. HOWEVER INMATES ARE SCHEDULED ACCORDING TO THE SEVERITY OF THEIR MEDICAL CONDITIONS. THERE HAS BEEN NO RETALIATION ON THE PART OF THE JAILOR OR ANY OFFICER. YOUR INFORMATION AS

Signature of Jail Officer receiving original request:

STATED IS INCORRECT. OF THE "10" CELLS IN THE BLOCK, 4 HAVE TWO INMATES ASSIGNED. 4 HAVE ONLY 1 INMATE ASSIGNED. 1 CELL IS FOR THE DAYROOM BATHROOM AND 1 CELL HAS JUST BEEN VACATED BY A TRANSFERRING INMATE. CELL ASSIGNMENTS WILL CONTINUE TO CHANGE AS INMATES COME AND GO WITH NO PARTICULAR CONSIDERATION FOR ASSIGNMENT OTHER THAN KNOWN ENEMIES AND OBVIOUS DISABILITIES.

_Joe 6/28/05_