IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 AUG 25 A 9: 37

DAVID LEE POWELL,

    PLAINTIFF,

V.                                    CIVIL ACTION NO: 2:05-CV-544-T

RICKY OWENS, et. al.,

    DEFENDANTS.

## NOTICE OF ADDRESS CHANGE

Comes now the Plaintiff, pro-se, with the assistance of lay counsel hereby notify's this Honorable Court of his change of address as follows:

    From: Kilby Correctional Facility
           P.O. Box 150
           Mt. Meigs, AL. 36057-0150

    To: Ventress Correctional Facility
        P.O. Box 767
        Clayton, AL. 36016-0767

Respectfully submitted on this 20th day of August, 2005.

David L. Powell
AIS #241477 Dorm 11
P.O. Box 767
Clayton, AL. 36016-0767

## CERTIFICATE OF SERVICE

I, David L. Powell. hereby certify that on this 20th day of August, 2005, I have mailed a copy of the foregoing to:

    Webb & Eley, P.C.
    7475 Halcyon Pointe Road
    Montgomery, AL. 36124-0909

by placing the same inside the Ventress Correctional Facility's legal mail box postage to be pre-paid and affixed by the institution.

David L. Powell