IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 SEP -1 A 9:51

DAVID LEE POWELL,

    PLAINTIFF,

V.                                    CIVIL ACTION NO: 2:05-CV-544-T

RICKY OWENS, et. al.,

    DEFENDANTS.

## Motion for Extension Time

Comes now David Lee Powell, the Petitioner, pro-se, with the assistance of lay counsel, hereby request's an extention of time to the 22nd of September, 2005, to file his response to the written report filed by the Defendants on the 15th of August, 2005.

Respectfully submitted this 31st day of August, 2005.

                                                David L. Powell
                                                AIS #241477 Dorm 10B
                                                P.O. Box 767
                                                Clayton, AL. 36016-0767

## CERTIFICATE OF SERVICE

I, David L. Powell, hereby certify that on this 31st day of August, 2005, I have mailed a copy of the foregoing to the following:

    Webb & Eley, P.C.
    P.O. Box 240909
    Montgomery, AL. 36124

by placing the same inside the Ventress Correctional Facility legal mail box postage to pre-paid and affixed by the institution's legal mail department.

                                                David L. Powell