IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DAVID LEE POWELL      *

    Plaintiff,      *

    v.      * CIVIL ACTION NO. 2:05-CV-544-T

RICKY OWENS, *et al.*,      *

    Defendants.      *

_____

**ORDER ON MOTION**

Upon consideration of *Plaintiff's Motion for Extension of Time* and for good cause, it is ORDERED that:

1. The Motion for Extension of Time (Doc. No. 15) is GRANTED; and

2. Plaintiff is GRANTED an extension from September 6, 2005 to September 22, 2005 to file his response to Defendants' written report.

Done this 7th day of September, 2005.

    /s/ Delores R. Boyd
    DELORES R. BOYD
    UNITED STATES MAGISTRATE JUDGE