# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| DAVID LEE POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  2:05-cv-00544-MHT-DRB |
| | ) | |
| JIMMY ABBETT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney, Gary L. Willford, Jr., of the law firm of Webb & Eley, P.C., and enters his appearance as counsel of record for Coosa County Sheriff Ricky Owens, Wendy Roberson, Al Bradley, Kay Taylor, Dewayne Harris, and Steve Hay, Defendants in the above-styled cause.

Respectfully submitted this 28th day of September, 2006.

s/Gary L. Willford, Jr.
GARY L. WILLFORD, JR. – Bar No. WIL198
Attorney for Defendant
WEBB & ELEY, P.C.
7475 Halcyon Pointe Road (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  gwillford@webbeley.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 28th day of September, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

> David Lee Powell
> ASI # 241477
> Ventress Correctional Facility
> P. O. Box 767
> Clayton, AL  36016-0767

> **s/Gary L. Willford, Jr.**
> OF COUNSEL