IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID LEE POWELL, #241477, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:05-cv-544-WKW |
| ) | [wo] |
| RICKY OWENS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On November 20, 2006, the Magistrate Judge filed a Recommendation (Doc. # 21) that this case be dismissed for the plaintiff's failure to prosecute this action and to comply with the orders of this court. No objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. # 21) is ADOPTED; and

2. This case is DISMISSED without prejudice.

An appropriate judgment will be entered.

Done this 13th day of December, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE